UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS,<br>Plaintiff, | CIVIL NO. 303CV00630 (DJS) |
| v. | |
| COMPUTER SCIENCES<br>CORPORATION.<br>Defendant. | OCTOBER 14, 2003 |

### DEFENDANT'S MOTION TO STRIKE OR DISREGARD PORTIONS OF MARIO RICHARDS' AFFIDAVIT

Defendant hereby Moves to Strike or Disregard Portions of Mario Richards' Affidavit submitted in support of his Motion for Class Certification and Permission to Serve Notice filed on September 2, 2003. The Court should reject Plaintiff's conclusory and generalized affidavit testimony about the duties of other employees in the context of Plaintiff's Motion for Class Certification under Section 216(b) of the FLSA. Plaintiff's claims of personal knowledge about

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

the duties or work habits of other employees are empty assertions that do not satisfy Fed. R. Civ. P. 56(e), and this court should strike or disregard them.

                         DEFENDANT,
                         COMPUTER SCIENCES
                         CORPORATION

By: _____
     William J. Anthony (ct 17865)
     Tasos C. Paindiris (ct 16739)
     Jackson Lewis LLP
     55 Farmington Avenue, Suite 1200
     Hartford, CT 06105
     Tel. (860) 522-0404
     Fax. (860) 247-1330
     E-mail: anthonyw@jacksonlewis.com
     E-mail: paindirt@jacksonlewis.com

     Lisa A. Schreter (ct17647)
     Jackson Lewis LLP
     245 Peachtree Center Avenue, N.E.
     1900 Marquis One Tower
     Atlanta, GA 30303-1226
     Tel. (404) 525-8200
     Fax. (404) 525-1173
     E-mail: schretel@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 14th day of October, 2003, to the following:

Michael J. Melly
143 Oneco Avenue
New London, CT 06320

_____
Tasos C. Paindiris