UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS,<br>on behalf of himself and<br>all others similarly situated<br>    PLAINTIFFS,<br><br>v.<br><br>COMPUTER SCIENCES<br>CORPORATION<br><br>    DEFENDANT. | CIVIL ACTION NO.<br>3:03 CV00630 (DJS)<br><br><br><br>October 7, 2003 |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME RE: DISCLOSURE OF EXPERTS

Plaintiff, Mario Richards, requests pursuant to Local Rule 7 (b) that the court grant an enlargement of time to November 21, 2003 to disclose experts in this matter. It would be an inefficient use of experts' time to obtain opinions at this time. This is the first request for enlargement of time in this matter.

### Procedural Background

The plaintiff, Mario Richards, commenced this action on April 7, 2003 pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 et seq. (FLSA), claiming wages for overtime hours worked in excess of forty hours per week. The parties filed a Rule 26 (f) report and a scheduling order was entered by the court (Squatrito, J.) wherein the plaintiff required to disclose expert witnesses on or before October 7, 2003.

### Reason for Request

Plaintiff served discovery requests on the defendant, ie. request for interrogatories dated May 3, 2003 and request for production dated June 4, 2003. Defendant objected to

*[Margin annotations: "All future filings for extensions shall be filed in a timely manner or they shall be denied." "GRANTED in part to and including November 7, 2003." Signed: DOMINIC J. SQUATRITO, UNITED STATES DISTRICT JUDGE, 10/15/03]*