UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED

2003 OCT 14  P 3: 21

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| MARIO RICHARDS,<br>Plaintiff, | CIVIL NO. 303CV00630 (DJS) |
| v. | |
| COMPUTER SCIENCES CORPORATION.<br>Defendant. | OCTOBER 14, 2003 |

## AFFIDAVIT OF TASOS C. PAINDIRIS

Tasos C. Paindiris, of Hartford, Connecticut, being first duly sworn, deposes and says:

1.   I am an attorney with the law firm of Jackson Lewis LLP in Hartford, Connecticut, who are counsel in this civil action for Defendant Computer Sciences Corporation, ("Defendant"). This Affidavit is submitted in support of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification and Permission to Serve Notice.

2.   Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification and Permission to Serve Notice is premised, in part, on the testimony adduced at Plaintiff's deposition. I affirm that true and correct copies of relevant pages from the deposition of Plaintiff, Mario Richards, dated September 30, 2003, cited in the Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification and Permission to Serve Notice, are attached hereto as Exhibit "1." Plaintiff has not waived reading and signing of the deposition transcript and his time period for doing so has not yet expired.

3. I affirm that a true and correct copy of the April 9, 2002 notice of suspension, marked at Plaintiff's deposition dated September 30, 2003 as Defendant's Exhibit 6, is attached hereto as Exhibit "2".

4. I affirm that a true and correct copy of the March 19, 2002 final written warning, marked at Plaintiff's deposition dated September 30, 2003 as Defendant's Exhibit 7, is attached hereto as Exhibit "3".

5. I affirm that a true and correct copy of the Mem. of Decision and Order, Mike v. Safeco Ins. Co. of America, No 3:02CV2239 (DJS) (D. Conn. July 15, 2003) as obtained from the case file Mike v. Safeco Ins. Co. of America, No 3:02CV2239 (DJS), is attached hereto as Exhibit "4".

6. I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter Freeman v. Wal-mart Stores, Inc., No. 02-5161, 2003 U.S. Dist. LEXIS 6664 (W.D. Ark. Apr. 15, 2003) is attached hereto as Exhibit "5".

7. I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter Baum v. Shoney's, Inc., No. 98-423-CV-ORL 19-B, 1998 U.S. Dist. LEXIS 21484 (M.D. Fla. Orl. Div. Dec. 3, 1998), is attached hereto as Exhibit "6".

8. I affirm that a true and correct copy of the case as obtained from the LEXIS database in the matter Dean v. Priceline.com, Inc., No. 3:00CV1273(DJS), 2001 U.S. Dist. LEXIS 24982 (D. Conn. June 5, 2001), is attached hereto as Exhibit "7".

_____
Tasos C. Paindiris

Sworn and subscribed to before me
this 14th day of October, 2003

_____
Notary Public
My Commission Expires: 3/31/2006

        DEFENDANT,
        COMPUTER SCIENCES CORPORATION

By: _____
William J. Anthony (ct 17865)
Tasos C. Paindiris (ct 16739)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel: (860) 522-0404
Fax: (860) 247-1330
E-mail: anthonyw@jacksonlewis.com
E-mail: paindirt@jacksonlewis.com

Lisa A. Schreter (ct17647)
Jackson Lewis LLP
245 Peachtree Center Avenue, N.E.
1900 Marquis One Tower
Atlanta, GA 30303-1226
Tel. (404) 525-8200
Fax. (404) 525-1173
E-mail: schretel@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 14th day of October, 2003, to the following:

Michael J. Melly
143 Oneco Avenue
New London, CT  06320

_____
Tasos C. Paindiris