

Richards
0H7-40-1557
OCS 58\
Perform

04/09/2002

Mario Richards

Dear Mario:

This letter is notification of your suspension from Computer Sciences Corporation (CSC) on April 10, 2002 and April 11, 2002 for unprofessional and disrespectful behavior in the work place after previously being warned.

CSC is committed to providing a workplace that is free from hostility and harassment. Your conduct in this matter is unacceptable and violates CSC's Human Resources Management Policy #207 – *Employee Conduct*. It is the policy of CSC to expect its employees to conduct and present themselves at all times in a highly professional and reliable fashion and to be sensitive to circumstances in which their conduct is not acceptable.

Based on your conduct, you are being suspended with pay for 2 days. This suspension will commence on April 10, 2002 and will end on April 12, 2002. You are to return to work on April 12, 2002 at your normal starting time.

In addition, in accordance with CSC policy, any repetition of the same or similar conduct by you may result in termination of your employment with CSC. Should you wish to do so, you may provide a written rebuttal to this suspension letter for inclusion with this document in your personnel file.

Sincerely,

Margaret DiPino
Manager, CSS Pratt & Whitney/Sikorsky Help Desk
TMG-Eastern Region


I acknowledge receipt of this letter:

_____          ___4/13/02___
(Name)                              (Date)


Copy to:   Tam Higgins
           Personnel File

CSC-000003