Computer Sciences Co_ration
www.csc.com

*[handwritten, top right]* Last Name: Richard
SSN # 047-40-155~
ORg . 581
March 19. 2001 Cat · Performan~

*[EXHIBIT stamp]* EXHIBIT 8...
Dfts 7 ...
9-30-03

To:        Mario Richards
From:    Robin Beebe
Subject:  Final Written Warning

In accordance with CSC Policy #207 (Employee Conduct), this Final Written Warning is delivered to advise you of your unsatisfactory conduct with regard to employee conduct. After full assessment of the facts and determining the seriousness of the situation, it was determined that a Final Written Warning would serve to delineate the problem areas and to again explain work conduct as it relates to work expectations.

On numerous occasions, you have been informed about your inappropriate conduct in the workplace. Your actions constitute a violation of CSC's policy; specifically, 4.1.1 Inability or unwillingness to work harmoniously with others and 4.1.15 Outrageous behavior. These issues have been brought to your attention without improvement. Examples of this behavior are as follows:

- Shouting at fellow co-worker in January 2001. You were verbally counseled after this incident to reframe from this type of behavior.
- Shouting at a fellow co-worker in February 2001. Again, you were verbally counseled about your conduct in the workplace.
- Inappropriate behavior during a conference call with a customer on March 15, 2001. You were verbally counseled after this incident.
- You were verbally counseled by your Team Lead on March 16, 2001, who was advising you to review the telephone queue to meet customer SLA's. You became argumentative with your Team Lead about CSS queue procedures.
- Became argumentative with a fellow co-worker regarding computer resources on March 16, 2001. You were verbally counseled by your Team Lead regarding appropriate behavior in the workplace yet you continued to be argumentative with this fellow co-worker and threatened him with the phrase "I'll choke you out".

Effective immediately, it is expected that you will abide by CSC's policy regarding Employee Conduct and will not create a disruptive work environment. It is the expectation of CSC that you will present yourself in a professional manner. Any further incidents of this nature will result in the immediate termination of employment from CSC.

*[handwritten]* I agree with the number of incidents but I do not agree with the contents of each occurred.

_____  3/19/01          _____  Date 3/19/2001
Sr. Supervisor        Date              Employee

_____  3/19/01
Manager              Date

Enclosure:        HRMP #207 – Employee Conduct

Copy to:          Employee File
                  Human Resources                          CSC-000004

Technology Management Group
100 Winnenden Road
Norwich, Conn      06360