UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS,<br>on behalf of himself and<br>all others similarly situated<br>　　　PLAINTIFFS,<br><br>v.<br><br>COMPUTER SCIENCES<br>CORPORATION<br><br>　　　DEFENDANT. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     CIVIL ACTION NO.<br>    3:03 CV00630 (DJS)<br><br><br><br><br><br>    October 20, 2003 |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
### NUNC PRO TUNC RE: MOTION TO COMPEL

Plaintiff, Mario Richards, requests pursuant to Local Rule 7 (b) that the court grant an enlargement of time to October 21, 2003 to file a reply to defendant's motion to compel discovery in connection with defendant's discovery requests dated May 9, 2003. This is the first request for enlargement of time in this matter.

**Procedural Background**

The plaintiff, Mario Richards, commenced this action on April 7, 2003 pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 et seq. (FLSA), claiming wages for overtime hours worked in excess of forty hours per week. The parties filed a Rule 26 (f) report and a scheduling order was entered by the court (Squatrito, J.). The defendant, served interrogatories and requests for production on the plaintiff on May 10, 2003.

**Reason for Request**

Counsel for the plaintiff, Michael J. Melly, spent substantial time during the week of September 29, 2003 in deposition in this matter. Counsel has also recently been

representing other clients in matters requiring substantial time and attention. Plaintiff's response was due on October 16, 2003. Counsel inadvertently neglected to file for an extension as he thought he had already done so.

**Opposing Counsel**

    Opposing counsel consents to this request.

                                       Plaintiff,
                                       Mario Richards

By _____
      Michael J. Melly
      Fed. Bar No. ct17841
      143 Oneco Avenue Suite 4
      New London, CT 06320
      (860) 447-1990
      (860) 989-9613

**CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed on 10/20/03
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
Jackson Lewis
55 Farmington Avenue
Suite 1200
Hartford, Ct 06105

                                       _____
                                       Michael J. Melly