UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MARIO RICHARDS, on behalf of
himself and all others similarly situated** :
    **Plaintiff**

    **v.** : CIVIL NO.: 3:03cv630(DJS)

**COMPUTER SCIENCES
CORPORATION** :
    **Defendant**

### ORDER

The Plaintiff's Motion for Extension of Time to file a response to the defendants motion to compel (Doc. #41) is hereby **GRANTED.** The Clerk shall docket the Plaintiff's Memorandum in Opposition to Defendant's Motion to Compel Discovery dated October 20, 2003.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   24th   day of October, 2003.

       /s/DJS
       Dominic J. Squatrito
       United States District Judge