UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MARIO RICHARDS, on behalf of**
**himself & all others similarly situated**    :
  **Plaintiffs**

  **v.**    :    CIVIL NO.: 3:03cv630(DJS)

**COMPUTER SCIENCES**
**CORPORATION**    :
  **Defendant**

### ORDER

The Plaintiff's Motion for Enlargement of Time to Reply to Defendant's Memorandum in Opposition to Class Certification and Notice (Doc. #44) is hereby **GRANTED to and including November 10, 2003.**

  **IT IS SO ORDERED**.

  Dated at Hartford, Connecticut, this __3rd__ day of November, 2003.

            /s/DJS
            Dominic J. Squatrito
            United States District Judge