UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MARIO RICHARDS, on behalf of
himself & all others similarly situated**   :
    **Plaintiffs**

    v.   :   CIVIL NO.: 3:03cv630(DJS)

**COMPUTER SCIENCES
CORPORATION**   :
    **Defendant**

<u>**ORDER**</u>

The Plaintiff's Motion for Enlargement of Time to Reply to Defendant's Motion to Strike (Doc. #46) is hereby **GRANTED to and including November 17, 2003** and the Plaintiff's Motion for Enlargement of Time to Reply to Defendant's Memorandum in Opposition to Class Certification and Notice (Doc. #48) is hereby **GRANTED to and including November 17, 2003. No further extensions shall be granted.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this __13th__ day of November, 2003.


                                                  /s/DJS
                                              Dominic J. Squatrito
                                              United States District Judge