UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, | : | |
| on behalf of himself and | : | CIVIL ACTION NO. |
| all others similarly situated | : | 3:03 CV00630 (DJS) |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| COMPUTER SCIENCES | : | |
| CORPORATION | : | November 14, 2003 |
| | : | |
| DEFENDANT. | : | |

FILED

2003 NOV 14  P 4: 3

DISTRICT COURT
HARTFORD CT

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION AND NOTICE

Plaintiff, Mario Richards, requests pursuant to Local Rule 7 (b) that the court grant an enlargement of time to November 17, 2003 to reply to defendant's memorandum in opposition to plaintiff's motion for class certification and notice. This is the third request for enlargement of time in this matter.

### Procedural Background

The plaintiff, Mario Richards, commenced this action on April 7, 2003 pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 et seq. (FLSA), claiming wages for overtime hours worked in excess of forty hours per week. Plaintiff seeks class certification for all similarly situated employees. Defendant's memorandum in opposition to class certification and notice was filed on or about October 14, 2003.

### Reason for Request

Counsel for the plaintiff has spent substantial time with witnesses in this matter

in recent weeks, thereby requiring additional time within which to respond. Further,

counsel for plaintiff has been required to attend to other legal matters in recent weeks.

**Opposing Counsel**

Plaintiff is unaware of defendant's position in this matter.

Plaintiff,
Mario Richards

By _____
Michael J. Melly
Fed. Bar No.  ct 7841
143 Oneco Avenue Suite 4
New London, CT 06320
Tel: (860) 447-1990
     (860) 989-9613

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on 11/15/03
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
Jackson Lewis
55 Farmington Avenue
Suite 1200
Hartford, Ct 06105

_____
Michael J. Melly