UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS,<br>on behalf of himself and<br>all others similarly situated<br>PLAINTIFFS, | : <br> : <br> : <br> : <br> : | CIVIL ACTION NO.<br>3:03 CV00630 (DJS) |
| v. | : <br> : | |
| COMPUTER SCIENCES<br>CORPORATION<br>DEFENDANT. | : <br> : <br> : | November 17, 2003 |

FILED

2003 NOV 17 P 12:58

US DISTRICT COURT
HARTFORD CT

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO REPLY TO DEFENDANT'S MOTION TO STRIKE AFFIDAVIT

Plaintiff, Mario Richards, requests pursuant to Local Rule 7 (b) that the court grant an enlargement of time to November 20, 2003 to reply to defendant's motion to strike affidavit of Mario Richards. This is the second request for enlargement of time in this matter.

### Procedural Background

The plaintiff, Mario Richards, commenced this action on April 7, 2003 pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 et seq. (FLSA), claiming wages for overtime hours worked in excess of forty hours per week. Plaintiff seeks class certification for all similarly situated employees. Defendant's memorandum in opposition to class certification and notice was filed on or about October 15, 2003 as was defendant's motion to strike the affidavit of Mario Richards.

### Reason for Request

Plaintiff has been busy working on a reply memorandum to defendant's

memorandum in opposition to class certification in this matter.

**Opposing Counsel**

The position of opposing counsel for the defendant in this matter is unknown.

Plaintiff,
Mario Richards

By _____
Michael J. Melly
Fed. Bar No. ct17841
143 Oneco Avenue
Suite 4
New London, CT 06320
Tel: (860) 447-1990
     (860) 989-9613

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on 11/17/03
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
Jackson Lewis
55 Farmington Avenue
Suite 1200
Hartford, Ct 06105

_____
Michael J. Melly