UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS,<br>on behalf of himself and<br>all others similarly situated<br>PLAINTIFFS, | :<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:03 CV00630 (DJS) |
| vi. | :<br>: | |
| COMPUTER SCIENCES<br>CORPORATION<br>DEFENDANT. | :<br>:<br>: | November 19, 2003 |

### PLAINTIFF'S NOTICE OF EXHIBITS

Plaintiff hereby gives notice that the following exhibit is attached to Plaintiff's Memorandum In Opposition to Defendant's Motion To Strike Affidavit Of Mario Richard's.

    Exhibit 1   Affidavit of Mario Richards dated September 2, 2003

Plaintiff,
Mario Richards

By _____
Michael J. Melly
Fed. Bar No. /ct17841
143 Oneco Avenue
Suite 4
New London, CT 06320
Tel: (860) 447-1990
     (860) 989-9613

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 11/19/03
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
Jackson Lewis
55 Farmington Avenue
Suite 1200
Hartford, Ct 06105

_____
Michael J. Melly