UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, | : | CIVIL NO. 303CV00630 (DJS) |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMPUTER SCIENCES CORPORATION. | : | DECEMBER 3, 2003 |
|    Defendant. | : | |

## DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME TO COMPLETE EXPERT REPORTS AND TO CONDUCT DISCOVERY

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the Defendant, Computer Sciences Corporation, hereby respectfully moves for a sixty (60) day enlargement of time, until February 9, 2004, to disclose expert reports and for a corresponding extension, until March 9, 2004, for the close of discovery. In support of this Motion, Defendant states as follows:

      1. Plaintiff filed a Motion for Class Certification and Permission to Serve Notice on September 2, 2003. Defendant filed an Opposition on October 14, 2003 and Plaintiff filed his Reply on November 17, 2003. On November 26, 2003 Defendant filed a Motion for Permission to file a Sur-Reply. Defendant also filed on October 14, 2003 a Motion to Strike the Affidavit of Plaintiff, Mario Richards. Plaintiff filed an Opposition on November 19, 2003 and Defendant files a Reply on this date, December 3, 2003. These Motions are currently pending

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

before the Court. Also pending before the Court are Plaintiff's Motion to Compel discovery and Defendant's Motion to Compel discovery.

2. With Plaintiff's Reply to Defendant's Opposition to Motion for Class Certification and Permission to Serve Notice Plaintiff submitted new evidence, never before disclosed to Defendant, including documents, another affidavit from Plaintiff, and five affidavits of other individuals who state they wish to opt into this action.

3. Defendant requires additional time to review the new information produced by Plaintiff, to conduct additional discovery based on this information as appropriate, and to ascertain the scope and necessity of experts.

4. Plaintiff previously requested an extension of his deadlines for disclosure of experts reports and the Court granted an extension to November 7, 2003. To date Plaintiff has not disclosed expert reports.

5. This is the first such motion for enlargement of time filed in this case.

6. The undersigned counsel for Defendant has attempted to contact Plaintiff's counsel to obtain his position on this Motion but has been unable to reach him.

WHEREFORE, Defendant respectfully moves for a sixty (60) day enlargement of time, until February 9, 2004, to disclose expert reports and for a corresponding extension, until March 9, 2004, for the close of discovery.

DEFENDANT,
COMPUTER SCIENCES CORPORATION

By: _____
Tasos C. Paindiris (ct 16739)
William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT  06105
Tel. (860) 522-0404
Fax. (860) 247-1330
E-mail: paindirt@jacksonlewis.com

Lisa A. Schreter (ct 17647)
Jackson Lewis LLP
245 Peachtree Center Avenue, N.E.
1900 Marquis One Tower
Atlanta, GA  30303-1226
Tel. (404) 525-8200
Fax. (404) 525-1173

<u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 3rd day of December, 2003, to the following:

>Michael J. Melly
>143 Oneco Avenue
>New London, CT  06320


_____
Tasos C. Paindiris

H:\Client Folder\C\Computer Sciences Corp\Richards\Mot Extension Time Expert and Discovery.DOC