UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS,<br>    Plaintiff, | : | CIVIL NO. 303CV00630 (DJS) |
| v. | : | |
| COMPUTER SCIENCES CORPORATION.<br>    Defendant. | : | NOVEMBER 26, 2003 |

### DEFENDANT'S MOTION FOR PERMISSION TO FILE SUR-REPLY TO PLAINTIFF'S REPLY TO OPPOSITION TO MOTION FOR CLASS CERTIFICATION

  Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the Defendant, Computer Sciences Corporation, hereby respectfully moves for permission to file a Sur-Reply to Plaintiff's Reply to Defendant's Opposition to Motion for Class Certification by December 10, 2003. In support of this Motion, Defendant states the following:

  1. Plaintiff filed a Motion for Class Certification and Permission to Serve Notice on September 2, 2003, and Defendant filed its Opposition on October 14, 2003 in accordance with the Court's Orders establishing deadlines for Plaintiff's Motion.

  2. Following numerous extensions of time, on November 17, 2003 Plaintiff filed a Reply Memorandum in Response to Defendant's Opposition to Plaintiff's Motion for

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Class Certification and Permission to Serve Notice. Defendant received Plaintiff's Reply Memorandum on November 19, 2003.

3. In his Reply Memorandum, Plaintiff submitted numerous affidavits and documents that were not previously provided to Defendants and were not in any way referenced or produced in support of Plaintiff's original Motion. This new evidence was produced for the first time with Plaintiff's Reply Memorandum.

4. Defendant seeks permission from the Court to file a Sur-Reply Memorandum in order to have an opportunity to respond to the new evidence submitted by Plaintiff.

WHEREFORE, Defendant respectfully moves for permission to file a Sur-Reply to Plaintiff's Reply to Defendant's Opposition to Motion for Class Certification by December 10, 2003.

DEFENDANT,
COMPUTER SCIENCES CORPORATION

By: _____
Tasos C. Paindiris (ct 16739)
William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT  06105
Tel. (860) 522-0404
Fax. (860) 247-1330
E-mail: PaindirT@jacksonlewis.com

<u>CERTIFICATION OF SERVICE</u>

      This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 26th day of November, 2003, to the following:

>Michael J. Melly
>143 Oneco Avenue
>New London, CT  06320

>_____
>Tasos C. Paindiris

H:\Client Folder\C\Computer Sciences Corp\Richards\Motion Permission File Surreply.DOC

4