UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS,<br>    Plaintiff,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO:<br><br>3:03 CV 00630 (DJS)<br><br>DECEMBER 10, 2003 |

### DEFENDANT'S MOTION TO FILE SUR-REPLY BRIEF

As explained in the supporting documents, and in Defendant's November 26, 2003 Motion for Permission to File Sur-reply, plaintiff has with his reply redrafted his motion for notice with additional evidence. Accordingly, defendant respectfully requests this Court permit it to file a sur-reply brief.

DEFENDANT,
COMPUTER SCIENCES
CORPORATION

By: _____
Tasos C. Paindiris (ct 16739)
William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel. (860) 522-0404
Fax. (860) 247-1330

Lisa A. Schreter (ct 17647)
Jackson Lewis LLP
245 Peachtree Center Avenue, N.E.
1900 Marquis One Tower
Atlanta, GA 30303-1226
Tel. (404) 525-8200
Fax. (404) 525-1173

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 10th day of December 2003, to the following:

>Michael J. Melly
>143 Oneco Avenue
>New London, CT 06320

_____
Tasos C. Paindiris