UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, | * | |
| | * | CIVIL ACTION NO: |
| Plaintiff, | * | |
| | * | |
| v. | * | 3:03 CV 00630 (DJS) |
| | * | |
| COMPUTER SCIENCES CORPORATION, | * | |
| | * | DECEMBER 10, 2003 |
| Defendant. | * | |

### DEFENDANT'S MOTION TO FILE ELEVEN PAGE SUR-REPLY BRIEF

Under the local rules, the page limit for a reply brief is ten. Defendant Computer Sciences Corporation's (CSC) sur-reply brief is eleven pages. CSC respectfully asks this court to permit it to file this sur-reply at eleven pages.

DEFENDANT,
COMPUTER SCIENCES
CORPORATION

By: _____
Tasos C. Paindiris (ct 16739)
William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel. (860) 522-0404

Lisa A. Schreter (ct 17647)
Jackson Lewis LLP
245 Peachtree Center Avenue, N.E.
1900 Marquis One Tower
Atlanta, GA 30303-1226
Tel. (404) 525-8200

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 10th day of December, 2003, to the following:

      Michael J. Melly
      143 Oneco Avenue
      New London, CT  06320

      _____
      Tasos C. Paindiris