UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO RICHARDS, on behalf of
himself and all others similarly situated   :
    Plaintiff

v.   :   CIVIL NO.: 3:03cv630(DJS)

COMPUTER SCIENCES
CORPORATION   :
    Defendant

### ORDER

The Defendant's First Motion for Enlargement of Time to Complete Expert Reports and to Conduct Discovery (Doc. #55) is hereby **GRANTED**. The following dates shall control the pretrial proceedings in this case until further order of this Court. Discovery shall be completed by **March 9, 2004**. Dispositive motions shall be filed by **April 9, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **April 23, 2004.** This case shall be trial ready **May, 2004.**

The Defendant's Motion to File Sur-Reply Brief and Defendant's Motion to File Eleven Page Sur-Reply Brief (Doc. #s 59 and 60) are hereby **GRANTED.** The Clerk shall docket the Defendant's Sur-Reply To Plaintiff's Reply dated December 10, 2003.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___18th___ day of December, 2003.

/s/DJS
Dominic J. Squatrito
United States District Judge