A

| Date | Name |
|---|---|
| 5/7/03 | JEFFERY A. CHABOTTE  *(signature)* |
| 5/7/03 | Mark A. Marchesi  *(signature)* |
| 5-8-03 | Christopher Bramwell |
| 5-8-03 | Mark L. Chenette |
| 5/8/03 | Charles H. Downes |
| 5/8/03 | Calo a Maurho |
| 5/9/03 | Heather A. Smith |
| 5/9/03 | W E Jugins |
| 5/12/03 | Nate McMullin |
| 05-12-2003 | Daniel A. O'Leary |
| 5-16-2003 | Keith D. Benoit |
| 5/23/03 | Shauaine Thomas |
| May 30, 03 | Lakisha McNeil |
| June 12 03 | Mark Butts |
| June 14, 03 | June Ramsey |

Schedule A

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS, <br> Plaintiff, | CIVIL NO. 303CV00630 (DJS) |
| v. | |
| COMPUTER SCIENCES CORPORATION. <br> Defendant. | OCTOBER 14, 2003 |

## AFFIDAVIT OF AMOS DANIELS

On this day personally appeared Amos Daniels, who, being by me, sworn, upon him oath, deposed and stated as follows:

1. My name is Amos Daniels. I am over the age of 18 and of sound mind and am fully competent to make this Affidavit.

2. I am an Account Operations Manager for the Help Desk group of Computer Sciences Corporation ("CSC") in Las Colinas, Texas.

3. The Help Desk at CSC's Las Colinas, Texas facility provides 24 hour a day, seven day a week single point of consultation service for the client for all technical problems, requests, services, and inquiries.

4. As part of my job duties, I am responsible for management of the Help Desk technical services provided to CSC's clients from the Las Colinas facility and for overall supervision of employees of the Help Desk in Las Colinas.

5. The Las Colinas Help Desk employs technical staff of different levels—level one and level two—with varying job duties, requirements, skills, and expertise. The duties for each of these positions are distinct and varied based upon technical complexity, client specific expectations, and contractual obligations.

6. The Customer Support Analyst ("CSA") is the level one technical staff, and is the first point of contact for clients to resolve various computer systems, software, and hardware problems.

7. The help desks in different geographic locations support different clients. The major clients of the help desk in Las Colinas currently include, but are not limited to, Gulfstream, the County of San Diego, the Department of Education, British Aerospace (BAe), and Raytheon. The Help Desk support for these clients is based in Las Colinas, Texas and they are not supported from the Norwich, Connecticut facility.

8. CSC maintains service level agreements (SLA) with its clients which set forth the specific terms and conditions of the computer support service to be provided by the help desk personnel. The SLAs set forth the contractual commitments to clients regarding the support work performed by the help desk. The SLAs vary depending on the specific demands, contractual commitments, and requirements of each client. The contracts with some clients, such as those for Gulfstream, County of San Diego, and Raytheon, subject CSC to a significant financial penalty if its staff does not satisfy the SLA requirements.

9. The clients serviced by the Las Colinas Help Desk use a wide array of computer system platforms, configurations, and applications. These include but are not limited to Windows based computing platforms; UNIX computing platforms; mainframe computing platforms; mid-range mainframe computing platforms; telephony support; network support,

which could include Novell and Windows NT; Blackberry; Virtual Private Network (VPN) Accounts; Oracle PeopleSoft, Active Directory - (Passwords Reset); SAP Administration; and Lotus Notes.

10. CSAs who are transferred from one client account to another receive specialized training with respect to the client's systems and requirements.

11. If the CSA cannot resolve the problem it may be passed on to more experienced CSAs, to level two technicians, or to level three technicians depending on the specific client requirements. For example, on the County of San Diego account, if a call is not diagnosed and solved by a CSA, it may be passed on from Las Colinas to level two technicians who are on site at the client in San Diego. In contrast, Raytheon does not have level two technicians, but has a "hot handoff team" of CSAs at the CSC facility in Las Colinas who are more experienced and skilled and who receive calls from the other CSAs. On the Gulfstream account, calls may be passed to level two technicians within CSC, and depending on the nature of the problem, either the CSA or the level two technician may refer the matter to level three technicians, who work on site at Gulfstream.

12. The level two technicians are required to possess a wider breadth and depth of technical expertise about IT systems, and more specialized knowledge about computer hardware, software, applications, networks, and operating systems than the CSAs. The level two technicians often have specialized expertise in one or more technical areas and have more in-depth knowledge of the technical environment of several clients. This experience, background and expertise allows the level two technician to support multiple clients.

13. CSC's clients, which include large defense contractors such as Raytheon, maintain sophisticated security protocols and systems to protect highly sensitive information

maintained on the computer systems. The clients therefore have specific security requirements for personnel who are authorized to work on the IT systems.

14. Level two technicians often have greater access rights to the client's systems. For example, a level two technician may have access to certain files in the client's system that the CSA cannot access.

The facts stated above are based on my personal knowledge and are true and correct.

_____
Amos Daniels

SWORN TO AND SUBSCRIBED BEFORE ME on this the 10TH day of October, 2003.

_____
Notary Public

My Commission Expires:

11-18-2004

JUDY G HANSON
NOTARY PUBLIC
State of Texas
Comm. Exp 11-18-2004

DEFENDANT,
COMPUTER SCIENCES CORPORATION


By: _____
William J. Anthony (ct 17865)
Tasos C. Paindiris (ct 16739)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel: (860) 522-0404
Fax: (860) 247-1330
E-mail: anthonyw@jacksonlewis.com
E-mail: paindirt@jacksonlewis.com

Lisa A. Schreter (ct17647)
Jackson Lewis LLP
245 Peachtree Center Avenue, N.E.
1900 Marquis One Tower
Atlanta, GA 30303-1226
Tel. (404) 525-8200
Fax. (404) 525-1173
E-mail: schretel@jacksonlewis.com