UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS,<br>on behalf of himself and<br>all others similarly situated<br>        PLAINTIFFS,<br><br>v.<br><br>COMPUTER SCIENCES<br>CORPORATION<br><br>        DEFENDANT. | 2003 DEC 30 P 1:37<br>CIVIL ACTION NO.<br>3:03CV00630 (DJS)<br>HARTFORD, CT.<br><br><br><br>December 29, 2003 |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
### RE: REPLY TO MOTION TO STRIKE AFFIDAVITS

Plaintiff, Mario Richards, requests, pursuant to Local Rule 7 (b), that the court grant an enlargement of time to January 7, 2003 to file a reply brief to defendant's motion to strike affidavits in this matter. This is the first request for enlargement of time to file reply brief in this matter.

### Procedural Background

The plaintiff, Mario Richards, commenced this action on April 7, 2003 pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 et seq. (FLSA), claiming wages for overtime hours worked in excess of forty hours per week. The parties filed a Rule 26 (f) report and a scheduling order was entered by the court (Squatrito, J.). The plaintiff filed a motion for class certification with memorandum and a reply brief with accompanying affidavits. On December 10, 2003 the defendant filed a motion to strike the plaintiff's supporting affidavits.

**Reason for Request**

Counsel for the plaintiff, Michael J. Melly, spent substantial time over the last several weeks preparing motions and memoranda in other matters. The holidays have caused an interruption in work product and scheduling.

**Position of Opposing Counsel**

Counsel for the defendant agrees to the requested enlargement.

Plaintiff,
Mario Richards

_____
Michael J. Melly
Fed. Bar No. ct17841
143 Oneco Avenue # 4
New London, CT 06320
Tel: (860) 447-1990

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on  12/29/03
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
Jackson Lewis
55 Farmington Avenue
Suite 1200
Hartford, Ct 06105

_____
Michael J. Melly