03CV630 *DJS*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MARIO RICHARDS,                          :
on behalf of himself and                 :          CIVIL ACTION NO.
all others similarly situated            :          3:03 CV00630 (DJS)
      PLAINTIFFS,                   :
           v.                :
COMPUTER SCIENCES                        :
CORPORATION                              :          NOVEMBER 12, 2003
      DEFENDANT.                    :

## AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

1.       I am over the age of eighteen and believe in the obligation of an oath.

2.       I, Mario Richards, am currently employed at Computer Sciences

Corporation ('CSC') as a customer support analyst ('CSA') at Norwich Connecticut.  I

am known as a level I CSA.

3.       As a CSA-level I, I perform troubleshooting functions via the telephone for the

client user, using the tools and access provided by CSC.  The primary tools provided by

CSC are the knowledge base and the remote access.  I would not be able to perform my

job duties without these tools.

4.       Upon taking an incoming call, I am required to verify some basic information

such as the name, telephone number and location of the user.  I am required to

listen to the issue or problem of the user.  I am then required to refer to the knowledge

base, containing written procedures and checklists for addressing and fixing the

problems that may be encountered by the user.  The procedure in the knowledge base is

Exhibit 1

precisely applied to remedy the user's problem.

5.    As a CSA, I am not allowed to aid a user with a problem without using the knowledge base and following the procedures therein.  If I am unable to satisfy the needs of the user by using the procedures in the knowledge base, I am required to pass the ticket along to people located on the site of the user to handle it.  These people on site are not customer support analysts.  Other calls are referred to CSA's that are level II.   I am under the constant supervision of a supervisor while performing my job.  I am not allowed to use independent judgment or discretion or be creative in handling the trouble shooting calls from client users and performing my duties.  When I have not followed the knowledge base I have been aggressively told that I must follow the knowledge base.  I do not modify, create solutions for or decide what does on the knowledge base.

6.    Typical troubleshooting calls include,  a.) user's password not working,  b.) user's program or application not opening, c.) user unable to get into a file, d.) software reloads, e.) email set-ups, and,  f.) user unable to gain access to the network or internet. I am required to refer troubleshooting calls to level II for the reasons that I do not have access to certain servers, programs or applications of the client, or the time necessary to complete the required procedure is greater than that which the company allows me to spend on the call.  Access does not have any relation to the skills or experience necessary for calls which are referred to from level I to level II.   Access means access to various servers, programs or applications of a client.

7.    Prior to the commencement of the work day I must perform set-up

functions on my computer. Typical set-up functions include a.) Logging on to the domain or domains of the business units of the clients that I am required to support; and, b. Logging on to each application and components of those applications applicable to the business units of the clients that I support.

8.    Prior to the commencement of the work day I am required to log into my e-mail programs and applications, which include Lotus Notes and MicroSoft Outlook. Upon logging into e-mail, I am required to read and respond appropriately to each email.

9.    Upon completion of the work day I am required to break down the computer at which I work, requiring the following tasks to be performed:  a.) closing out each application and component signed on throughout the day;  b.) routine software maintenance including deleting temp files and temporary internet files and, clearing cache files;  c.) using operating procedures to shut down the computer, waiting for the computer to write all files to the hard drive and re-booting the computer.

10.    I have been and continue to be required to perform similar set-up and email functions prior to starting the work day and do not receive regular or overtime pay for such work.

11.    I have been and continue to be required to perform normal troubleshooting functions by telephone after my scheduled shift has ended and do not receive regular or overtime pay for such work.

12.    I have been and continue to be required to perform break down functions, upon completion of my scheduled work day and do not receive regular or overtime wage for such work.

13.    I have and continue to regularly work in excess of forty hours per week without receiving regular or overtime pay for hours worked in excess of forty hours per week.

14.    As a CSA –level I, I do not supervise others and do not perform management duties or partake in management meetings.  I do not make or partake in administrative decisions related to the functioning or business operations of Computer Science

15.    I am familiar from working with, observing and speaking to other analysts (CSA's) that other CSA's, both level I and level II, perform the same duties as do I- troubleshooting via the telephone using the knowledge base, and are under the same requirement to perform their duties prior to and after their scheduled shift without being paid overtime.

16.    Level II CSA's are not and have never been referred to as technicians.

17.    Help desk is a general term that includes level I and level II CSA's as well as various other on site people. These on site people hold other job positions and titles other than CSA and are sometimes referred to as level III.   It is only the CSA's level I and II, that are proposed members of the class and not those other site people holding other positions within the company.

18.    CSA's do not resolve system or hardware problems and do not create, administer or modify the procedures in the knowledge base.

19.    My position and title is that of Customer Support Analyst. [CSA].  There is no such position as computer system analyst at CSC, that I am aware. The referral to my title as computer system analyst in the complaint in this matter was a typographical error.

20.    Prior to becoming a CSA at Computer Sciences Corporation I did not have computer experience which related to the duties of a CSA. I learned the position [CSA] by a brief period [few weeks] of 'on-the-job training.' I do not have any education related to the functions of the CSA position.

21.    I have spoken to many CSA's about the claims in this case. There are many customer support analysts that wish to opt into this class action against CSC. Exhibit A, attached hereto, is a list of the names of several CSA's who perform similar duties that I do. The CSA's on this list wish to opt into this case and make a claim for overtime wages for overtime worked in the same manner that I have. There are many other CSA's not on this list who haved informed me that they wish to opt-in to this case as well.

Dated at Norwich this _12_ day of November 2003.

Mario Richards

State of Connecticut    )
                        )    ss. East Lyme        November 12, 2003
County of New London)

Subscribed and sworn to before me this 12 day of November 2003.

Michael J. Kelly
Comm. of the Sup. Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO RICHARDS,                        :
on behalf of himself and              :          CIVIL ACTION NO.
all others similarly situated          :          3:03 CV00630 (DJS)
            PLAINTIFFS,               :
                                       :
     v.                                :
                                       :
COMPUTER SCIENCES                      :
CORPORATION                            :          OCTOBER 30, 2003
                                       :
        DEFENDANT.                     :

## AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

1.        I am over the age of eighteen and believe in the obligation of an oath.

2.        I, Shlomo Katz, am currently employed at Computer Sciences Corporation

('CSC') as a customer support analyst ('CSA') at Norwich Connecticut.  I am known as a

level II CSA.  I wish to claim overtime wages and opt into the case brought by Mario

Richards.  I think Mr. Richards is a good class representative.

3.        As a CSA-level II, I perform troubleshooting functions via the telephone for the

client user, using the tools and access provided by CSC.  The primary tools provided by

CSC are the knowledge base and the remote access.  I would not be able to perform my

job duties without these tools.

4.        Upon taking an incoming call, I am required to verify some basic information

such as the name, telephone number and location of the user.  I am required to

listen to the issue or problem of the user.  I am then required to refer to the knowledge

_Exhibit 2_

base, containing written procedures and checklists for addressing and fixing the problems that may be encountered by the user. The procedure in the knowledge base is precisely applied to remedy the user's problem.

5.    As a CSA, I am not allowed to aid a user with a problem without using the knowledge base and following the procedures therein. If I am unable to satisfy the needs of the user by using the procedures in the knowledge base, I am required to pass the ticket along to people located on the cite of the user to handle it. These people on cite are not customer support analysts. I am not allowed to use independent judgment or discretion or be creative in handling the trouble shooting calls from client users and performing my duties. I have been scolded and reprimanded in the past for failing to follow the knowledge base. Only recently, I was reprimanded for aiding a client user in a manner not in the knowledge base.

6.    Typical troubleshooting calls include, a.) user's password not working, b.) user's program or application not opening, c.) user unable to get into a file, d.) software reloads, and e.) email set-ups. As a level II CSA, I am also required to take calls which would be considered level one. The difference between level II and level I calls is the time allotted to complete a call and the access provided by the client. The time allotted is greater in level II only because the procedure in the knowledge base typically takes longer to complete. Access does not have any relation to the skills or experience necessary for the position or for level II calls. Access refers to access to various servers, programs or applications of a client. In my experience in handling both level I and level II calls, the tasks and duties of level I and level II are the same, regardless of the access or length of the call.

7.    Prior to the commencement of the work day I must perform set-up functions on my computer. Typical set-up functions include a.) Logging on to the domain or domains of the business units of the clients that I am required to support; and, b. Logging on to each application and components of those applications applicable to the business units of the clients that I support.

8.    Prior to the commencement of the work day I am required to log into my e-mail programs and applications, which include Lotus Notes and MicroSoft Outlook. Upon logging into e-mail, I am required to read and respond appropriately to each email.

9.    Upon completion of the work day I am required to break down the computer at which I work, requiring the following tasks to be performed:  a.)  closing out each application and component signed on throughout the day;  b.)  using operating procedures to shut down the computer, waiting for the computer to write all files to the hard drive and re-booting the computer.

10.    I have been and continue to be required to perform similar set-up and email functions prior to starting the work day and do not receive regular or overtime pay for such work.

11.    I have been and continue to be required to perform normal troubleshooting functions by telephone after my scheduled shift has ended and do not receive regular or overtime pay for such work. Many times I must work through lunch handling trouble shooting calls.

12.    I have been and continue to be required to perform break down functions, upon completion of my scheduled work day and do not receive regular or overtime wage for such work.

13.     I have regularly worked in excess of forty hours per week without receiving regular or overtime pay for hours worked in excess of forty hours per week.

14.     As a CSA –level II, I do not supervise others and do not perform management duties or partake in management meetings. I do not make or partake in administrative decisions related to the functioning of Computer Science Corporation's Norwich facility.

15.     Prior to becoming a CSA at Computer Sciences Corporation I did not have help desk experience which related to the duties of a CSA. I learned the position [CSA] by 'on-the-job training.' Although I have a degree in computer programming, I do not use any programming knowledge or skills in my position as a CSA.

Dated at Norwich this 3 day of October 2003.

*Shlomo Katz*

Shlomo Katz

State of Connecticut     )
                         )     ss. Norwich          October 30 , 2003
County of New London)

Subscribed and sworn to before me this   day of October 2003.

Michael J. Melly
Comm. of the Sup. Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO RICHARDS,                          :
on behalf of himself and                 :
all others similarly situated            :          CIVIL ACTION NO.
         PLAINTIFFS,                     :          3:03 CV00630 (DJS)
                                         :
                                         :
    v.                                   :
                                         :
COMPUTER SCIENCES                        :
CORPORATION                              :          NOVEMBER 5, 2003
                                         :
         DEFENDANT.                      :

## AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

1.      I am over the age of eighteen and believe in the obligation of an oath.

2.      I, William Jergensen, am currently employed at Computer Sciences

Corporation ('CSC') as a customer support analyst ('CSA') at Norwich Connecticut.  I

am known as a level I CSA.

3.      As a CSA-level I, I perform troubleshooting functions via the telephone for the

client user, using the tools and access provided by CSC.  The primary tools provided by

CSC are the knowledge base and the remote access.  I would not be able to perform my

job duties without these tools.

4.      Upon taking an incoming call, I am required to verify some basic information

such as the name, telephone number and location of the user.  I am required to

listen to the issue or problem of the user.  I am then required to refer to the knowledge

base, containing written procedures and checklists for addressing and fixing the

problems that may be encountered by the user.

The procedure in the knowledge base is precisely applied to remedy the user's problem.

5.      As a CSA, I am not allowed to aid a user with a problem without using the knowledge base and following the procedures therein. ISO9001 certification requires the exclusive use of the knowledge base in responding to all user calls.  If I am unable to satisfy the needs of the user by using the procedures in the knowledge base, I am required to pass the ticket along to people located on the site of the user to handle it. These people on site are not customer support analysts.  Other calls are referred to CSA's that are level II.  I am under the constant supervision of a supervisor while performing my job.  I am not allowed to use independent judgment or discretion or be creative in handling the trouble shooting calls from client users and performing my duties.  When I have not followed the knowledge base I have been told that I must follow the knowledge base.

6.      Typical troubleshooting calls include, a.) user's password not working,  b.) user's program or application not opening, c.) user unable to get into a file, d.) software reloads, e.) email set-ups, and, f.) user unable to gain access to the network or internet. I am required to refer troubleshooting calls to level II for the reasons that I do not have access to certain servers, programs or applications of the client, or the time necessary to complete the required procedure is greater than that which the company allows me to spend on the call.  Access does not have any relation to the skills or experience necessary for calls which are referred to from level I to level II.   Access means access to various servers, programs or applications of a client.

7.      Prior to the commencement of the work day I must perform set-up functions on my computer.

Typical set-up functions include a.) Logging on to the domain or domains of the business units of the clients that I am required to support; and, b. Logging on to each application and components of those applications applicable to the business units of the clients that I support.

8.      Prior to the commencement of the work day I am required to log into my e-mail programs and applications, which include Lotus Notes and MicroSoft Outlook. Upon logging into e-mail, I am required to read and respond appropriately to each email.

9.      Upon completion of the work day I am required to break down the computer at which I work, requiring the following tasks to be performed: a.) closing out each application and component signed on throughout the day; b.) routine software maintenance including deleting temp files and temporary internet files and, clearing cache files; c.) using operating procedures to shut down the computer, waiting for the computer to write all files to the hard drive and re-booting the computer.

10.     I have been and continue to be required to perform similar set-up and email functions prior to starting the work day and do not receive regular or overtime pay for such work.

11.     I have been and continue to be required to perform normal troubleshooting functions by telephone after my scheduled shift has ended and do not receive regular or overtime pay for such work.

12.     I have been and continue to be required to perform break down functions, upon completion of my scheduled work day and do not receive regular or overtime wage for such work.

13.    I have and continue to regularly work in excess of forty hours per week without receiving regular or overtime pay for hours worked in excess of forty hours per week.

14.    As a CSA –level I, I do not supervise others and do not perform management duties or partake in management meetings.  I do not make or partake in administrative decisions related to the functioning or business operations of Computer Science Corporation's Norwich facility.

15.    I am familiar from working with and speaking to other analysts (CSA's) that other CSA's perform the same duties as do I and are under the same requirements as those which I have described in this statement.

16.  I learned the position [CSA] by 'on-the-job training.'  I do not have a college degree.

17.    I wish to opt into the class action against CSC for unpaid wages.  I am comfortable with Mario Richards being the class representative in the class action.  Mr. Richards is well respected among his peers at CSC.

Dated at Norwich this **5** day of November 2003.

_William Jergonsen_

State of  Connecticut    )
                                       )    ss. Norwich          November 5, 2003
County of  New London)


Subscribed and sworn to before me this 5 day of November 2003.

_Michael J. Melly_
Comm. of the Sup. Court

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MARIO RICHARDS,                    :
on behalf of himself and           :          CIVIL ACTION NO.
all others similarly situated      :          3:03 CV00630 (DJS)
    PLAINTIFFS,            :
                                   :
   v.                     :
                                   :
COMPUTER SCIENCES                  :
CORPORATION                        :          NOVEMBER 5, 2003
                                   :
   DEFENDANT.             :

### AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

1.      I am over the age of eighteen and believe in the obligation of an oath.

2.      I, Jessica Justis, am currently employed at Computer Sciences Corporation ('CSC') as a customer support analyst ('CSA') at Norwich Connecticut.  I am known as a level I CSA.

3.      Although I had some prior customer service experience prior to becoming a CSA at Computer Sciences Corporation,  I needed to learn the position [CSA] by 'on-the-job training.'  I do not have a college degree, however, I do hold a help desk certificate.

4.      As a CSA-level I, I perform troubleshooting functions via the telephone for the client user, using the tools and access provided by CSC.  The primary tools provided by CSC are the knowledge base and the remote access.  I would not be able to perform my job duties without these tools.

5.      Upon taking an incoming call, I am required to verify some basic information such as the name, telephone number and location of the user.  I am required to

listen to the issue or problem of the user. I am then required to refer to the knowledge base, containing written procedures and checklists for addressing and fixing the problems that may be encountered by the user. The procedure in the knowledge base is precisely applied to remedy the user's problem.

6.    As a CSA, I am not allowed to aid a user with a problem without using the knowledge base and following the procedures therein. If I am unable to satisfy the needs of the user by using the procedures in the knowledge base, I am required to pass the ticket along to people located on the site of the user to handle it. These people on site are not customer support analysts. I am not allowed to use independent judgment or discretion or be creative in handling the trouble shooting calls from client users and performing my duties. I am under constant supervision while performing my job. I have been instructed by my superiors to follow the knowledge base.

7.    Typical troubleshooting calls include, a.) user's password not working, b.) user's program or application not opening, c.) user unable to get into a file, d.) software reloads, and e.) email set-ups and f.) user unable to gain access to the network or internet.

8.    Prior to the commencement of the work day I must perform set-up functions on my computer. Typical set-up functions include a.) Logging on to the domain or domains of the business units of the clients that I am required to support; and, b. Logging on to each application and components of those applications applicable to the business units of the clients that I support.

9.    Prior to the commencement of the work day I am required to log into my e-mail

programs and applications, which include Lotus Notes and MicroSoft Outlook. Upon

logging into e-mail, I am required to read and respond appropriately to each email.

10.     Upon completion of the work day I am required to break down the computer at

which I work, requiring the following tasks to be performed:  a.)  closing out each

application and component signed on throughout the day;  b.)  routine software

maintenance including deleting temp files and temporary internet files and, clearing

cache files;  c.)  using operating procedures to shut down the computer, waiting for the

computer to write all files to the hard drive and re-booting the computer.

11.     I have been and continue to be required to perform similar set-up and email

functions prior to starting the work day and do not receive regular or overtime pay for

such work.

12.     I have been and continue to be required to perform normal troubleshooting

functions by telephone after my scheduled shift has ended and do not receive regular or

overtime pay for such work.  Many times I must work through lunch handling

trouble shooting calls.

13.     I have been and continue to be required to perform break down functions, upon

completion of my scheduled work day and do not receive regular or overtime wage for

such work.

14.     I have and continue to regularly work in excess of forty hours per week without

receiving regular or overtime pay for hours worked in excess of forty hours per week.

15.     As a CSA –level I,  I do not supervise others and do not perform management

duties or partake in management meetings.  I do not make or partake in administrative

decisions related to the functioning or business operations of Computer Science

Corporation's Norwich facility.

16.     I wish to opt into the class action against CSC for unpaid wages.  I am comfortable with Mario Richards being the class representative in the class action.  Mr. Richards is well respected among his peers at CSC.

Dated at Norwich this 6 day of November 2003.

_Jessica Justis_
Jessica Justis


State of Connecticut     )
                         )     ss. Norwich          November 6 , 2003
County of New London)

Subscribed and sworn to before me this 7 day of November 2003.

_Michael J. Melly_
Michael J. Melly
Comm. of the Sup. Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO RICHARDS,                              :
on behalf of himself and                     :
all others similarly situated                :         CIVIL ACTION NO.
        PLAINTIFFS,                          :         3:03 CV00630 (DJS)
                                             :
                                             :
    v.                                       :
                                             :
COMPUTER SCIENCES                            :
CORPORATION                                  :         NOVEMBER 5, 2003
                                             :
        DEFENDANT.                           :

## AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

1.       I am over the age of eighteen and believe in the obligation of an oath.

2.       I, Jeffery A. Chabotte, am currently employed at Computer Sciences

Corporation ('CSC') as a customer support analyst ('CSA') at Norwich Connecticut. I

am known as a level I CSA.

3.       As a CSA-level I, I perform troubleshooting functions via the telephone for the

client user, using the tools and access provided by CSC. The primary tools provided by

CSC are the knowledge base and the remote access. I would not be able to perform my

job duties without these tools.

4.       Upon taking an incoming call, I am required to verify some basic information

such as the name, telephone number and location of the user. I am required to

listen to the issue or problem of the user. I am then required to refer to the knowledge

base, containing written procedures and checklists for addressing and fixing the

problems that may be encountered by the user. The procedure in the knowledge base is precisely applied to remedy the user's problem.

5.     As a CSA, I am not allowed to aid a user with a problem without using the knowledge base and following the procedures therein. If I am unable to satisfy the needs of the user by using the procedures in the knowledge base, I am required to pass the ticket along to people located on the site of the user to handle it. These people on site are not customer support analysts. Other calls are referred to CSA's that are level II.   I am under the constant supervision of a supervisor while performing my job. I am not allowed to use independent judgment or discretion or be creative in handling the trouble shooting calls from client users and performing my duties. When I have not followed the knowledge base I have been aggressively told that I must follow the knowledge base.

6.     Typical troubleshooting calls include, a.) user's password not working, b.) user's program or application not opening, c.) user unable to get into a file, d.) software reloads, e.) email set-ups, and, f.) user unable to gain access to the network or internet. I am required to refer troubleshooting calls to level II for the reasons that I do not have access to certain servers, programs or applications of the client, or the time necessary to complete the required procedure is greater than that which the company allows me to spend on the call. Access does not have any relation to the skills or experience necessary for calls which are referred to from level I to level II.   Access means access to various servers, programs or applications of a client.

7.     Prior to the commencement of the work day I must perform set-up functions on my computer. Typical set-up functions include a.) Logging on to the domain or domains of the business units of the clients that I am required to support; and,

b. Logging on to each application and components of those applications applicable to the business units of the clients that I support.

8.     Prior to the commencement of the work day I am required to log into my e-mail programs and applications, which include Lotus Notes and MicroSoft Outlook. Upon logging into e-mail, I am required to read and respond appropriately to each email.

9.     Upon completion of the work day I am required to break down the computer at which I work, requiring the following tasks to be performed: a.) closing out each application and component signed on throughout the day; b.) routine software maintenance including deleting temp files and temporary internet files and, clearing cache files; c.) using operating procedures to shut down the computer, waiting for the computer to write all files to the hard drive and re-booting the computer.

10.     I have been and continue to be required to perform similar set-up and email functions prior to starting the work day and do not receive regular or overtime pay for such work.

11.     I have been and continue to be required to perform normal troubleshooting functions by telephone after my scheduled shift has ended and do not receive regular or overtime pay for such work.

12.     I have been and continue to be required to perform break down functions, upon completion of my scheduled work day and do not receive regular or overtime wage for such work.

13.     I have and continue to regularly work in excess of forty hours per week without receiving regular or overtime pay for hours worked in excess of forty hours per week.

14.     As a CSA –level I, I do not supervise others and do not perform management

duties or partake in management meetings. I do not make or partake in administrative decisions related to the functioning of business operations of Computer Science Corporation's Norwich facility.

15.    I am familiar from working with and speaking to other analysts (CSA's) that other CSA's perform the same duties as do I and are under the same requirements as those which I have described in this statement.

16.    Prior to becoming a CSA at Computer Sciences Corporation I did not have computer experience which related to the duties of a CSA. I learned the position [CSA] by 'on-the-job training.' I do not have a college degree and do not have any education related to the functions of the CSA position.

17.    I wish to opt into the class action against CSC for unpaid wages. I am comfortable with Mario Richards being the class representative in the class action. Mr. Richards is well respected among his peers at CSC.

Dated at Norwich this 5 day of November 2003.


_____
Jeffery A. Chabotte


State of Connecticut    )
                        )  ss. Norwich              November 5, 2003
County of New London)


Subscribed and sworn to before me this    day of Norwich 2003.


_____
Michael J. Melly
Comm. of the Sup. Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO RICHARDS,                     :
on behalf of himself and            :        CIVIL ACTION NO.
all others similarly situated       :        3:03 CV00630 (DJS)
        PLAINTIFFS,                 :
                                    :
    v.                              :
                                    :
COMPUTER SCIENCES                   :
CORPORATION                         :        OCTOBER 26, 2003
                                    :
        DEFENDANT.                  :

## AFFIDAVIT

The undersigned, being duly sworn deposes and says:

1.      I am over the age of eighteen and believe in the obligation of an oath.

2.      I, Julie Blasiak, was employed at Computer Sciences Corporation ('CSC') from

July 10, 2002 through August 22, 2003 as a customer support analyst ('CSA') at Norwich

Connecticut.  During that time I performed as both level I and level II.

3.      As a CSA, both level I and level II, I performed troubleshooting functions via the

telephone for the client user using the tools and access provided by CSC.  The primary

tools provided by CSC are the knowledge base and the remote access.  I could not have

performed by job without these tools.  I did not and was not allowed to use independent

judgment discretion in handling the trouble shooting calls and performing my duties.

4.      Upon taking an incoming call, I was required to verify some basic information

such as the name, telephone number, location of the user.  I was required to

listen to the issue or problem of the user.  I was then required to refer to the knowledge or

base, which contained written procedures and checklists for addressing and fixing the

user's problem.

5.     As a CSA, I was not allowed to aid a user without using the knowledge base and following the procedures therein.  If I was unable to satisfy the needs of the user by using the knowledge base, I was required to pass the ticket of to people on cite to handle it. These people on cite were not CSA's.

6.     Typical troubleshooting calls included password not working, program or application not opening, unable to get into file, software reloads, and email set-ups. As a level II CSA, I performed the same duties as I had as a level I.  The types of issues and problems are the same as level I, simply different access'.

7.     Prior to the commencement of the work day I must perform set-up functions on his computer.  Typical set-up functions include a.)  Logging on to thhis domain or domains of the business units of the clients that I was required to support;

b.     Logging on to each application and components of those applications applicable the business units of the clients that I supported;

8.     Prior to the commencement of the work day I was and continues to be r required to log into my e-mail programs and applications, which include Lotus Notes and MicroSoft Outlook.  Upon logging into e-mail, I was required to read and respond appropriately to each e-mail.

9.     Upon completion of the work day I was and continues to be required to break down the computer at which I worked, requiring the following tasks to be performed:  a.)  closing out each application and component signed on throughout the day;  b.)  routine software maintenance including delete temp files, temporary internet

files and, clearing cache files; c.) using operating procedures to shut down the computer, waiting for the computer to write all files to the hard drive and re-booting the computer.

10.    I was required to perform similar set up and email functions prior to commencement of the work day and did not receive regular or overtime pay for such work.

11.    I was further required to perform normal troubleshooting functions by telephone after my scheduled shift has ended and did not receive regular or overtime pay for such work.

12.    I was further required to perform break down functions, upon completion of my scheduled work day and do not receive regular or overtime wage for such work.

13.    I regularly worked in excess of forty hours per week without receiving regular or overtime pay for hours worked in excess of forty.

14.    As a CSA, I did not supervise others while I worked as a CSA and did not perform management duties or attend or take part in management meetings. I did not make or take part in business or administrative decisions related to CSC's business. I was under constant supervision as a level I and level II CSA.

15.    I have worked similar overtime that Mario Richards has and would like to claim unpaid regular and overtime wages. I wish to become a member of the class and opt-in to the class action against CSC

Dated at Woodbury this      day of October 2003.

Julie Blasiak

State of Connecticut )
                     )  ss. Woodbury        October 26, 2003
County of            )

Subscribed and sworn to before me this   day of October 2003.

Michael J. Melly
Comm. of the Sup. Court