UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MARIO RICHARDS, on behalf of**
**himself and all others similarly situated** :
    **Plaintiff**

    v. : CIVIL NO.: 3:03cv630(DJS)

**COMPUTER SCIENCES**
**CORPORATION** :
    **Defendant**

**ORDER**

The Plaintiff's Motion for Enlargement of Time RE: Reply to Motion to Strike Affidavits (Doc. #65) is hereby **GRANTED nunc pro tunc to and including January 7, 2004.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this ___9th___ day of January, 2004.


                                        /s/DJS_____
                                        Dominic J. Squatrito
                                        United States District Judge