UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS,<br>on behalf of himself and<br>all others similarly situated<br>PLAINTIFFS,<br><br>v.<br><br>COMPUTER SCIENCES<br>CORPORATION<br><br>DEFENDANT. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     CIVIL ACTION NO.<br>    3:03 CV00630 (DJS)<br><br><br><br><br>    MARCH 8, 2004 |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY AND MODIFICATION OF SCEDULING ORDER

Plaintiff, Mario Richards, requests pursuant to Local Rule 7 (b) that the court grant an enlargement of time to May 9, 2004 within which to complete discovery in this matter. This is the second request for enlargement of discovery in this matter. The court previously extended discovery to March 9, 2004, pursuant to the defendant's request.

### Procedural Background

The plaintiff, Mario Richards, commenced this action on April 7, 2003 pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 et seq. (FLSA), claiming wages for overtime hours worked in excess of forty hours per week. The parties filed a Rule 26 (f) report and a scheduling order was entered by the court (D. Squatrito, J.). Discovery was previously extended from January 7, 2004 to March 9, 2004 in this matter.

### Reason for Request

Counsel for the parties each have motions to compel pending pertaining to discovery requests. Plaintiff would like an opportunity to review discovery compliance

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 3/8/04
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
Jackson Lewis
55 Farmington Avenue
Suite 1200
Hartfrod, Ct 06105

_____
Michael J. Melly

and seek additional information and materials which are shown to exist as a result of future discovery compliance by the defendant, which may be ordered by the court. Further, plaintiff maintains that there is information and materials outstanding relative to a second request for production served on the defendant. Plaintiff would like an opportunity to receive and review response(s) to such discovery requests.

**Opposing Counsel Takes No Position**

Opposing counsel, Tasos Paindiris, does not take a position regarding this request.

Plaintiff,
Mario Richards

_____
Michael J. Melly
Fed. Bar No. ct17841
143 Oneco Avenue # 4
Tel: (860) 447-1990