UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO RICHARDS, on behalf of
himself and all others similarly situated     :
    Plaintiff

    v.                                         :  CIVIL NO.: 3:03cv630(DJS)

COMPUTER SCIENCES
CORPORATION                                    :
    Defendant

### ORDER

The Plaintiff's Motion for Enlargement of Time to Complete Discovery and Modification of Scheduling Order (**Doc. #70**) is hereby **GRANTED in part.** All discovery, including expert depositions and expert reports shall be completed by **May 7, 2004.** Dispositive motions shall be filed by **June 7, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **June 25, 2004**. This case shall be trial ready **July, 2004.** No further extensions shall be granted.

    IT IS SO ORDERED.

    Dated at Hartford, Connecticut, this   11th   day of March, 2004.

                             /s/DJS
                             Dominic J. Squatrito
                             United States District Judge