UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MARIO RICHARDS, on behalf of
himself and all others similarly situated** :
    **Plaintiff**

    **v.** : CIVIL NO.: 3:03cv630(DJS)

**COMPUTER SCIENCES
CORPORATION** :
    **Defendant**

### ORDER

The Plaintiff's Motion for Enlargement of Time to Reply to Defendant's Memorandum in Opposition to Class Certification and Notice (Doc. #50) is hereby **GRANTED nunc pro tunc to and including November 17, 2003.** Plaintiff's Motion for Enlargement of Time to Reply to Defendant's Motion to Strike Affidavit (Doc. #51) is hereby **GRANTED nunc pro tunc to and including November 20, 2003.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this ___29th___ day of March, 2004.

                                        /s/DJS
                                        Dominic J. Squatrito
                                        United States District Judge