UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUTT

| | |
|---|---|
| MARIO RICHARDS,<br><br>Plaintiff,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>Defendant. | CIVIL ACTION NO:<br><br>3:03 CV 00630 (DJS)<br><br>MAY 12, 2004 |

## DEFENDANT'S MOTION ON CONSENT FOR EXTENSION OF DISPOSITIVE MOTIONS AND TRIAL BRIEF DEADLINES

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the Defendant, Computer Sciences Corporation, hereby respectfully moves for an extension of the deadline for filing dispositive motions, and if no dispositive motions are filed, extension of the deadline for the parties to file their joint trial memorandum. Defendant requests that the deadline for dispositive motions be extended to 45 days after the court rules on currently pending motions and if no dispositive motions are filed, that the parties file their joint trial memorandum by 60 days after the court rules on currently pending motions. In support of this Motion, Defendant states as follows:

1. Plaintiff filed a Motion for Class Certification and Permission to Serve Notice on September 2, 2003. Defendant filed an Opposition on October 14, 2003 and Plaintiff filed his Reply on November 17, 2003. On November 26, 2003 Defendant filed a Motion for Permission to file a Sur-Reply.

2. Defendant also filed on October 14, 2003 a Motion to Strike the Affidavit of Plaintiff, Mario Richards. Plaintiff filed an Opposition on November 19, 2003 and Defendant filed a Reply on December 3, 2003.

3. On December 10, 2003 Defendant filed a second Motion to Strike or Disregarding Plaintiff's Affidavits Submitted with his Reply Brief.

4. These Motions are currently pending before the Court. Also pending before the Court are Plaintiff's Motion to Compel discovery and Defendant's Motion to Compel discovery.

5. Defendant requests this extension because there are matters raised in the currently pending motions that would directly impact dispositive motions and the trial brief.

6. This is the first Motion to extend the deadlines for filing dispositive motions and/or the trial brief. There were previous motions to extend the deadline for discovery.

7. Counsel for Defendant has contacted counsel for Plaintiff and he had no objection to this Motion.

WHEREFORE, Defendant requests that the deadline for dispositive motions be extended to 45 days after the court rules on currently pending motions and if no dispositive motions are filed, that the parties file their joint trial memorandum by 60 days after the court rules on currently pending motions.

DEFENDANT,
COMPUTER SCIENCES
CORPORATION

By: _____
Tasos C. Paindiris (ct 16739)
William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel. (860) 522-0404
Fax. (860) 247-1330
paindirt@jacksonlewis.com


Lisa A. Schreter (ct 17647)
Jackson Lewis LLP
245 Peachtree Center Avenue, N.E.
1900 Marquis One Tower
Atlanta, GA 30303-1226
Tel. (404) 525-8200
Fax. (404) 525-1173
schretel@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 12th day of May, 2004, to the following:

Michael J. Melly, Esq.
Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C.
100 Fort Hill Rd.
Groton, CT 06340


_____
Tasos C. Paindiris