UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO RICHARDS, on behalf of
himself and all others similarly situated   :
    Plaintiff

v.   :   CIVIL NO.: 3:03cv630(DJS)

COMPUTER SCIENCES
CORPORATION   :
    Defendant

## ORDER

Defendant's Motion for Permission to File Sur-Reply to Plaintiff's Reply to Opposition to Motion for Class Certification (Doc. #57) is hereby **DENIED as moot.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___17th___ day of June, 2004.

          /s/DJS
          Dominic J. Squatrito
          United States District Judge