FILED

2004 OCT 28  A 10 38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO RICHARDS                :       CIVIL ACTION NO.
      PLAINTIFF             :       3:03 cv00630 (DJS)

                                   :

V.                                :

                                   :

COMPUTER SCIENCES CORPORATION : 
      DEFENDANT          :

                                   :       OCTOBER 27, 2004

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff requests an enlargement of time to November 5, 2004 within which to submit a joint proposed scheduling order for court approval. This is the first request for enlargement in this matter.

## Procedural Background

Plaintiff commenced this action on or about April 7, 2003 pursuant to the Fair Labor Standards Act (29 U.S.C. 201 et seq.), claiming wages owed for overtime hours worked. The plaintiff filed a motion for class certification on or about September 3, 2003. On September 28, 2004 the court granted plaintiff's motion thereby certifying the matter as a class action on behalf of level I & II customer support analysts. The court ordered the parties to submit a proposed amended scheduling order by October 28, 2004.

BARTINIK, GIANACOPLOS, BARTINIK, BARTINIK & GRATER, P.C.
P.O. BOX 942 • GROTON, CONNECTICUT 06340-0942 • 860-445-8521 • JURIS NUMBER 01220

**Reasons for Enlargement**

Counsel for the parties have engaged in numerous discussions regarding the proposed scheduling order, however, due to recent scheduling difficulties between counsel and the complexity of the issues encompassing the scheduling proposal, the parties require additional time within which to submit a proposal to the court.

**Position of Opposing Counsel**

Defendant is in agreement with this request.

Plaintiff
Mario Richards

By _____
Michael J. Melly, ct17841
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Rd.
Groton, CT 06340
Tel: (860) 445 8521
Fax: (860) 445-5873

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on *10/27/04* to:

Tasos C. Paindiris Esq.
William Anthony, Esq.
Jackson Lewis
55 Farmington Avenue Suite 1200
Hartford, CT 06105
Tel:  (860) 522-0404
Fax: (860)  247-1330

_____
Michael J. Melly

BARTINIK, GIANACOPLOS, BARTINIK, BARTINIK & GRATER, P.C.
P.O. BOX 942  •  GROTON, CONNECTICUT 06340-0942  •  860-445-8521  •  JURIS NUMBER 01220