UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS<br>PLAINTIFF | : | CIVIL ACTION NO.<br>3:03 CV00630 (DJS) |
| V. | : | |
| COMPUTER SCIENCES CORPORATION<br>DEFENDANT | : | |
| | : | NOVEMBER 5, 2004 |

### DEFENDANT'S PROPOSED SCHEDULING PLAN

Pursuant to Order of the Court, Defendant hereby submits this proposed scheduling plan. Despite lengthy discussions between counsel, the parties could not agree on a substantial number of issues relating to the scheduling plan and Defendant therefore submits its own plan.

A.  **Notice and Consent**

1. Notice and consent forms to be sent to Level I and II Help Desk Customer Support Analysts of CSC's Global Infrastructure Solutions Division (CSAs) at locations and facilities in the United States shall be presented to the Court for approval on or before **December 7, 2004**.

2. Plaintiff shall send notice and consent forms to those persons whose names and addresses are provided by the Defendant on or before **45 days after Court approval** of the notice and consent forms.

3. Any notice sent to such persons must be approved by the Court in advance.

### B. Opt-In Plaintiffs

Opt-In plaintiffs shall opt-in to this case within **60 days of receipt of notice** of the right to Opt-In.

### C. Settlement Conference/Mediation

The parties requests a settlement conference before a Magistrate Judge at the end of the opt in period.

### D. Discovery and Depositions

Discovery shall close on **September 15, 2005**.

### E. Rule 26 Disclosures

The parties shall supplement their Rule 26 disclosures by no later than **30 days prior to the close of discovery.**

### F. Expert Witnesses

The Plaintiff shall disclose experts and reports on or before **90 days before the close of discovery**. Defendant shall disclose experts and reports on or before **45 days before the close of discovery**. The parties shall depose experts on or before the close of discovery.

### G. Motions Relating to the Class

Defendant shall have until **60 days after the close of discovery** to file a Motion to Decertify this matter as a collective action.

### H. Dispositive Motions

Defendant shall have until **60 days after the Court's ruling** on a Motion to Decertify, or if no such Motion is filed, until **60 days after the close of discovery** to file Dispositive Motions.

2

I.    **Rule 16 Conference**

Defendant requests a Rule 16 conference as soon as practicable so that the parties may discuss pending issues with the Court.

DEFENDANT,
COMPUTER SCIENCES
CORPORATION

By: _____
Tasos C. Paindiris (ct 16739)
William J. Anthony (ct 17865)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
Tel. (860) 522-0404
Fax. (860) 247-1330
paindirt@jacksonlewis.com


Lisa A. Schreter (ct 17647)
Jackson Lewis LLP
245 Peachtree Center Avenue, N.E.
1900 Marquis One Tower
Atlanta, GA 30303-1226
Tel. (404) 525-8200
Fax. (404) 525-1173
schretel@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 5th day of November, 2004, to the following:

> Michael J. Melly, Esq.
> Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C.
> 100 Fort Hill Rd.
> Groton, CT 06340

_____
Tasos C. Paindiris