**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
  and others similarly situated,
           Plaintiffs,

v.

Computer Sciences Corporation,
          Defendant,


To The United States District Court, and To Each Party, and To Counsel of Record:


I, ___Matthew Hopkins_____ , (name)

of ___Danielson_____ (Town) ____CT_____ (State) ___06239_____ (zip code);

Tel.__860-774-8415___cell (if applicable)__860-230-7879_____

email (if applicable)___matthopkins@sbcglobal.net_____

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.


_____          __11/12/04__
Signature                          Date

## CONSENT TO JOIN CLASS ACTION
### (Fair Labor Standards Act, 29 USC Sec. 207 et al

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
and others similarly situated,
Plaintiffs,

v.

Computer Sciences Corporation,
Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Hilda Morales_ , (name)

of _Newark_ (Town) _DE_ (State) _19702_ (zip code);

Tel._302 838 9094_ cell (if applicable)_____

email (if applicable) _hjmeh @ JuNo.Com_

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_Hmorales_          _11/11/04_
Signature                          Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
  and others similarly situated,
                 Plaintiffs,

v.

Computer Sciences Corporation,
                 Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Bryan Champagne_ , (name)

of _Middletown_ (Town) _____CT_____ (State) _06457_ (zip code);

Tel. _860-632-0647_ cell (if applicable) _860-307-5999_

email (if applicable) _ranger1893@yahoo.com_

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_____          _1-12-04_
Signature                         Date

## CONSENT TO JOIN CLASS ACTION
### (Fair Labor Standards Act, 29 USC Sec. 207 et al

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
 and others similarly situated,
                    Plaintiffs,

v.

Computer Sciences Corporation,
                    Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, Daniel Deteau , (name)

of East Norriton (Town) PA (State) 19401 (zip code);

Tel(610)272-2620 cell (if applicable) (860)617-3189

email (if applicable) Dan Deteau @yahoo.com

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

Daniel J. Deteau                              11 - 11 - 2004
Signature                                     Date

<u>**CONSENT TO JOIN CLASS ACTION**</u>
<u>**(Fair Labor Standards Act, 29 USC Sec. 207 et al**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
  and others similarly situated,
          Plaintiffs,

v.

Computer Sciences Corporation,
          Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, Daniel A. O'Leary

of Clinton, Connecticut  06413-1528;

Tel. (860) 669-0359    cell (860) 510-2010

email doleary7@earthlink.net

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

*Daniel A. O'Leary*
Signature                                    November 13, 2004
                                             Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,              No. 3:03CV00630 (DJS).
  and others similarly situated,
              Plaintiffs,

v.

Computer Sciences Corporation,
              Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, <u>JOSHUA WOLFBURG</u>, (name)

of <u>BROOKLYN</u> (Town) <u>CONNECTICUT</u> (State) <u>06234</u> (zip code);

Tel. <u>860-774-5485</u> cell (if applicable)_____

email (if applicable)_____

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_____              <u>11/12/2004</u>
Signature                                                    Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
 and others similarly situated,
                Plaintiffs,

v.

Computer Sciences Corporation,
                Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _William E. Jergensen_, (name)

of _Norwich_ (Town) _CT_ (State) _06360_ (zip code);

Tel. _860-887-8650_ cell (if applicable)_____

email (if applicable) _BILLJ776@Hotmail.Com_

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_____          _____
Signature                      Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,              No. 3:03CV00630 (DJS).
  and others similarly situated,
            Plaintiffs,

v.

Computer Sciences Corporation,
            Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Shlomo  Katz_ , (name)

of _Fairfield_ (Town) _CT_ (State) _06825_ (zip code);

Tel. _203 374-6616_ cell (if applicable)_____

email (if applicable) _Skatz25@hotmail.com_

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_Shlomo Katz_                          _11/12/04_
Signature                                Date

## CONSENT TO JOIN CLASS ACTION
### (Fair Labor Standards Act, 29 USC Sec. 207 et al

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,        No. 3:03CV00630 (DJS).
 and others similarly situated,
                    Plaintiffs,

v.

Computer Sciences Corporation,
                    Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, PETER DUFFY , (name)

of PRESTON (Town) CT (State) 06365 (zip code);

Tel. 860-884-4639 (cell) (if applicable) _____

email (if applicable) PJDUFFYSR@yAHoo. Com

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

Signature                                 Date 11/11/04

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
and others similarly situated,
              Plaintiffs,

v.

Computer Sciences Corporation,
              Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Tammy Przygoda,_ (name)
of _Preston_ (Town) _CT_ (State) _06365_ (zip code);
Tel._860 889 3903_ cell (if applicable) _860 303 3503_
email (if applicable)_tamip 75 @hotmail, com_

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_____          _11/11/04_
Signature                          Date

## CONSENT TO JOIN CLASS ACTION
## (Fair Labor Standards Act, 29 USC Sec. 207 et al

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,　　　No. 3:03CV00630 (DJS).
　and others similarly situated,
　　　　　　　Plaintiffs,

v.

Computer Sciences Corporation,
　　　　　Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Lakisha McNeil_ , (name)

of _Windsor_ (Town) _Connacticut_ (State) _06095_ (zip code);

Tel. _(860) 206-7241_ cell (if applicable) _(860) 8052990_

email (if applicable)_____

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_(signature)_
Signature

_November 12, 04_
Date

## CONSENT TO JOIN CLASS ACTION
## (Fair Labor Standards Act, 29 USC Sec. 207 et al

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
  and others similarly situated,
               Plaintiffs,

v.

Computer Sciences Corporation,
               Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Jessica Justis_ , (name)

of _Groton_ (Town) _CT_ (State) _06340_ (zip code);

Tel. _860-449-1437_ cell (if applicable) _860-235-9746_

email (if applicable)_____

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_Jessica R Justis_                    _11/12/04_
Signature                             Date

## CONSENT TO JOIN CLASS ACTION
### (Fair Labor Standards Act, 29 USC Sec. 207 et al

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
  and others similarly situated,
            Plaintiffs,

v.

Computer Sciences Corporation,
          Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _CARlo A MARCHIO_ (name)

of _NORWICH_ (Town) _CT_ (State) _06360_ (zip code);

Tel. _860-787-1818_ cell (if applicable) _857-719-6519_

email (if applicable) _MS2CAMCT@Netzero.Net_

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_Carlo a Marchio_                    _11/12/04_
Signature                                    Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
and others similarly situated,
Plaintiffs,

v.

Computer Sciences Corporation,
Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Roy Whitehouse_, (name)

of _Chaplin_ (Town) _CT_ (State) _06235_ (zip code);

Tel. _860-455-2268_ cell (if applicable)_____

email (if applicable) _Kozmikkroozer@Hotmail.com_

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and
do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the
Court in connection herewith.

_____                    _11-12-2004_
Signature                                   Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
  and others similarly situated,
               Plaintiffs,

       v.

Computer Sciences Corporation,
               Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, LaVon  Walden Woods (name)

of New Britain (Town) CT (State) 06053 (zip code);

Tel. 860-827-8869 cell (if applicable) 860-803-7426

email (if applicable) landqwoodsY2K@ADL.com

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_____          11-12-04
Signature                         Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
  and others similarly situated,
                Plaintiffs,

v.

Computer Sciences Corporation,
                Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _JEFFERY CHABOTTE_ , (name)

of _NORWICH_ (Town) _CONNECTICUT_ (State) _06360_ (zip code);

Tel. _860-822-6113_ cell (if applicable) _860-334-0218_

email (if applicable) _JCHABOTTE @ ADELPHIA.NET_

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_Jeffery Chabott_                    _11-12-04_
Signature                              Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,            No. 3:03CV00630 (DJS).
 and others similarly situated,
            Plaintiffs,

v.

Computer Sciences Corporation,
            Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Charles Downs_ , (name)

of _Gris wold_ (Town) _ct._ (State) _06351_ (zip code);

Tel. _376-3554_ cell (if applicable)_____

email (if applicable) _HighLand@SNet.Net_

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_Charles D Downs_                    _11/12/04_
Signature                                        Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
   and others similarly situated,
              Plaintiffs,

v.

Computer Sciences Corporation,
              Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, *Gregory  J Regnier*, (name)

of *Milford* (Town) *CT* (State) *06460* (zip code);

Tel. *203 877 2728* cell (if applicable)_____

email (if applicable) *Gregnier @ optonline.net*

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

*Gregory J Regn*
Signature/

*11/12/04*
Date

## CONSENT TO JOIN CLASS ACTION
### (Fair Labor Standards Act, 29 USC Sec. 207 et al

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,           No. 3:03CV00630 (DJS).
  and others similarly situated,
              Plaintiffs,

v.

Computer Sciences Corporation,
              Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _V. James Sorrentino_ , (name)

of _8 Greyledge Rd_ (Town) _Clinton_          (State) _CT_          (zip code); _06413_

Tel. _203-214 5545_   cell (if applicable) _____

email (if applicable) _WAVracf @ yahoo, com_

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and
do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the
Court in connection herewith.

_J James Sort_
Signature

_11/15/2004_
Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
  and others similarly situated,
                    Plaintiffs,

v.

Computer Sciences Corporation,
                    Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _EUGENE Pushetski SR_, (name)

of _E. HARTFORD_ (Town) _CT_ (State) _06618_ (zip code);

Tel. _860-895-8222_ cell (if applicable) _____

email (if applicable) _____

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_Eugene Pushefsky Sr_
Signature

_11-15-04_
Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,    No. 3:03CV00630 (DJS).
  and others similarly situated,
        Plaintiffs,

v.

Computer Sciences Corporation,
      Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Martha C. Hansen_ , (name)

of _East Haddam_ (Town) _Connecticut_ (State) _06423_ (zip code);

Tel. _860-537-5998_ cell (if applicable) _____

email (if applicable) _dhmchansen@earthlink.net_

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_Martha C Hansen_        _11/15/2004_
Signature               Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
and others similarly situated,
                    Plaintiffs,

v.

Computer Sciences Corporation,
                    Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Ben Van Rheen_____, (name)

of _Jewett City_____ (Town) __Connecticut__ (State) _06351_____ (zip code);

Tel. _860.917.2287___ cell (if applicable)_____

email (if applicable) _hocuspocus 5555@ hotmail.com_

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and
do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the
Court in connection herewith.

_____                    _11/15/04_____
Signature                                           Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,            No. 3:03CV00630 (DJS).
  and others similarly situated,
                      Plaintiffs,

v.

Computer Sciences Corporation,
                      Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Chistopher M Maio_, (name)

of _Manchester_ (Town) _Connecticut_ (State) _06040_ (zip code);

Tel. _860- 533 -9750_ cell (if applicable)_____

email (if applicable) _myiasio @ srcf.net_

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and
do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the
Court in connection herewith.

_____              ___11/5/04___
Signature                            Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,            No. 3:03CV00630 (DJS).
  and others similarly situated,
              Plaintiffs,

v.

Computer Sciences Corporation,
              Defendant,


To The United States District Court, and To Each Party, and To Counsel of Record:


I,  __William C. Duerrler___ , (name)

Of  _Yantic_ (Town) _Connecticut_____ (State) _06389_____ (zip code);

Tel. _860-887-9202___ cell (if applicable)_____ ____

email (if applicable) _wduerr1@hotmail.com___

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.


_William C. Duerrler_                    _11-13-04_
Signature                                Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
  and others similarly situated,
              Plaintiffs,

v.

Computer Sciences Corporation,
              Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _MARK VINCHESI_ , (name)

of _OLD LYME_ (Town) _CONNECTICUT_ (State) _06371_ (zip code);

Tel. _860-434-3062_ cell (if applicable)_____

email (if applicable) _VINKZ@ adelphia.net_

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_____                    _11/12/04_
Signature                                    Date

## CONSENT TO JOIN CLASS ACTION
## (Fair Labor Standards Act, 29 USC Sec. 207 et al

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,    No. 3:03CV00630 (DJS).
  and others similarly situated,
           Plaintiffs,

v.

Computer Sciences Corporation,
        Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _KATHLEEN SIMUCK_ , (name)

of _EAST HARTFORD_ (Town) _CT._ (State) _06118_ (zip code);

Tel. _860 569-9458_ cell (if applicable)_____

email (if applicable)_____

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_Kathleen Simuck_
Signature

_11/14/04_
Date