UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS : | CIVIL ACTION NO. |
| PLAINTIFF : | 3:03 CV00630 (DJS) |
| : | |
| V. : | |
| : | |
| COMPUTER SCIENCES CORPORATION : | |
| DEFENDANT : | |
| : | NOVEMBER 18, 2004 |

**JOINT MOTION FOR**
**APPROVAL OF NOTICE AND CONSENT FORMS**

The parties jointly move that the court approve the attached notice and consent forms in this matter. The parties agree to the content of the forms except for the opt-in period for potential opt-in plaintiffs. Specifically, the parties seek the following:

1) **Plaintiff** requests that the opt-in period expire at the end of discovery.

2) **Defendant** requests that the potential opt-in Plaintiffs shall have sixty (60) days after the date the Notice is mailed to file their consents with the Court.

RESPECTFULLY SUBMITTED,

DEFENDANT                                              PLAINTIFF
COMPUTER SCIENCES CORPORATION      MARIO RICHARDS

By: _____          By _____
Tasos C. Paindiris, ct16739                    Michael J. Melly, ct17841
Jackson Lewis LLP                                  Bartinik, Gianacoplos, Bartinik,
Suite 1200                                                Bartinik & Grater, P.C.
55 Farmington Avenue                          100 Fort Hill Rd.
Hartford, CT 06105                                 Groton, CT 06340
Tel: (860) 522-0404                                Tel: (860) 445 8521
Fax: (860) 247-1330                               Fax: (Fax) 445-5873

<u>**NOTICE OF CLASS ACTION**</u>

TO: COMPUTER SCIENCES CORPORATION
   CUSTOMER SUPPORT ANALYSTS LEVEL I AND LEVEL II (PRESENT AND PAST)

Re:  Mario Richards v. Computer Sciences Corporation, a class action
     United States District Court, Civ. Case No. 3:03 cv0630(DJS)

Dear Employees of CSC:

<u>Introduction:</u>
   The purpose of this notice is to inform you of the existence of a class action in which your rights may be affected and to instruct you on the procedure for participating in this suit.

<u>Description of the Class Action:</u>
   This case has been brought as a class action on behalf of present and former **Customer Support Analysts (CSA) Level I and Level II**, of **Computer Sciences Corporation (CSC)**. The class action is brought under the FAIR LABOR STANDARDS ACT, 29 U.S.C. 207 et al against Computer Sciences Corporation in the United States District Court for the District of Connecticut, civil case no. 3:03 cv 0630 (DJS)
   The Plaintiff's Attorney is Michael J. Melly, Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, 100 Fort Hill Road, Groton, Connecticut 06340, Tel: 860 445-8521, Email: mmelly@grotonlaw.com. Defendant CSC is represented by Tasos C. Paindiris, Jackson Lewis LLP, 55 Farmington Avenue, Suite 1200, Hartford, Connecticut 06105, Tel: 860-522-0404, E-mail: PaindirT@jacksonlewis.com
   In this class action the plaintiffs/employees seek to recover regular and overtime wages for hours worked over 40 hours per week. Plaintiffs/employees also seek and additional equal amount by way of liquidated damages and prejudgment interest, attorneys fees and costs. Anyone who worked as a customer support analyst Level I and/or level II at any time since September 28, 2001 may be eligible to join in this action and make a claim for regular or overtime wages. CSC denies that any wages are due and contends that these positions were properly classified as exempt from the overtime provisions of the FLSA.
   To date the Court has not ruled on the claims made in the lawsuit. The court will determine the wages and liquidated damages, if any, due each customer support analyst (CSA) for overtime hours worked. The court will also determine the attorney's fees and costs, if any, to be assessed the defendant, Computer Sciences Corporation.

<u>Effect of Joining This Suit</u>
   If you choose to join this suit you will be bound by the judgment. During the course of litigation you may be asked or required to provide information, give a deposition, and/or to attend trial. You are not required to join this suit. Federal law prevents Computer Sciences Corporation from retaliating against you because you have exercised your rights under the Fair Labor Standards Act.

<u>Your Right to Participate in this Suit</u>
   If you are a present or past customer support analyst (CSA) level I or level II of Computer Sciences Corporation and wish to make a claim for overtime wages against Computer Sciences Corporation, you may join in this class action. If you have any further questions you may contact Plaintiff's Attorney Michael J. Melly, Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, 100 Fort Hill Road, Groton, Connecticut 06340, Tel: 860 445-8521, Email: **mmelly@grotonlaw.com.**
 If you wish to join this class action, you must sign the enclosed "CONSENT TO JOIN CLASS ACTION" **The Consent to Join Class Action must be filed with the Court by** _____.
   Please mail the original consent form for filing with the court to:
   Michael J. Melly, Esq.,
   Bartinik, Gianacoplos, Bartinik, Bartinik & Grater
   100 Fort Hill Road
   Groton Connecticut 06340

## CONSENT TO JOIN CLASS ACTION
### (Fair Labor Standards Act, 29 USC Sec. 207 et al

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,    No. 3:03CV00630 (DJS).
and others similarly situated,
        Plaintiffs,

v.

Computer Sciences Corporation,
        Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _____, (name) _____(address)

_____ (Apt) _____(State) _____(zip code);

Tel._____cell (if applicable)_____

email (if applicable)_____

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

_____      _____
Signature                                               Date

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid, on this 19th day of November, 2004, to the following:

> Michael J. Melly, Esq.
> Bartinik, Gianacoplos, Bartinik, Bartinik & Grater, P.C.
> 100 Fort Hill Rd.
> Groton, CT 06340

_____
Tasos C. Paindiris