UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS<br>PLAINTIFF | : <br> : <br> : | CIVIL ACTION NO.<br>3:03 cv00630 (DJS) |
| V. | : <br> : | |
| COMPUTER SCIENCES CORPORATION<br>DEFENDANT | : <br> : | DECEMBER 15, 2004 |

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff, Mario Richards, requests pursuant to Fed. R. Civ. P. 37 (a) that the court order the defendant comply with plaintiff's discovery requests date May 3, 2003 and June 4, 2003. In support of this motion the plaintiff submits a memorandum in support of motion to compel.

Plaintiff
Mario Richards

By_____
Michael J. Melly, ct17841
Mullins & Michaud, LLC
682 Prospect Avenue
Hartford, CT 06105
Tel: (860) 231-7000
Fax: (860) 231-8400

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 12/15/04 to:

Tasos C. Paindiris Esq.
William Anthony, Esq.
Jackson Lewis
55 Farmington Avenue Suite 1200
Hartford, CT 06105

_____
Michael J. Melly