UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS | : CIVIL ACTION NO. |
| PLAINTIFF | : 3:03 cv00630 (DJS) |
| | : |
| V. | : |
| | : |
| COMPUTER SCIENCES CORPORATION | : |
| DEFENDANT | : |
| | : DECEMBER 15, 2004 |

## NOTICE OF EXHIBITS

Plaintiff gives notice that the following exhibits are attached to Memorandum in Support of Motion to Compel dated December 15, 2004.

| | |
|---|---|
| Exhibit 1 | Plaintiff's Request for Interrogatories (May 3, 2003) |
| Exhibit 2 | Request for Production (June 4, 2003) |
| Exhibit 3 | Correspondence (10/14/04) |
| Exhibit 4 | Correspondence ((11/9/04) |
| Exhibit 5 | Correspondence (11/12/04) |

Plaintiff
Mario Richards

By_____
Michael J. Melly, ct17841
Mullins & Michaud, LLC
682 Prospect Avenue
Hartford, CT 06105
Tel: (860) 231-7000
Fax: (860) 231-8400

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 12/15/04 to:

Tasos C. Paindiris Esq.
William Anthony, Esq.
Jackson Lewis
55 Farmington Avenue Suite 1200
Hartford, CT 06105

_____
Michael J. Melly