UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS | : CIVIL ACTION NO. |
| PLAINTIFF | : 3:03 cv00630 (DJS) |
| V. | : |
| COMPUTER SCIENCES CORPORATION | : DECEMBER 15, 2004 |
| DEFENDANT | |

## CERTIFICATION

The undersigned being duly sworn deposes and says:

1. I, Michael J. Melly, represent the plaintiff, Mario Richards, in this case.

2. I have spoken to counsel for the defendant on November 5, 2004 and November, 9, 2004 in an attempt to resolve outstanding discovery disputes.

3. The parties were able to resolve some of the disputes, however, plaintiff has yet to receive anything [accept for copies of two letters to/from USDOL] pursuant to the agreement. Counsel for the defendant promised that information and items would be produced by December 9, 2004. Counsel for the defendant has not communicated back to counsel for the plaintiff regarding whether or not other items would be forthcoming.

4. On October 26, 2004 I spoke with defendant's counsel, Tasos Paindiris, who agreed that the defendant would provide the names and addresses of current CSA's on or before November 5, 2004 and the names and addresses of former CSA's on or before November 16, 2004, which dates were modified to November 12, 2004 and November 19, 2004

respectively.

5.   Defendant reneged on this agreement and to date has not provided any names and addresses as promised. Defendant's reasoning was that plaintiff refused to agree and make concessions regarding notice issues.

6.   At this point, one year and seven months after discovery was served, the plaintiff is yet not aware of whether or not certain relevant information and items will be forthcoming. Further, the plaintiff does not know when promised items will be forthcoming.

7.   I spoke with Tasos Paindiris on December 10, 2004, wherein he was informed of plaintiffs intent to file a motion to compel regarding outstanding discovery.

_____
Michael J. Melly

Subscribed and sworn to before me this 15 day of December 2004.

_____
Thomas J. Mullins
Comm. of the Sup. Court