UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARIO RICHARDS, on behalf of
himself and all others similarly situated    :
    Plaintiff

    v.                                                                        :   CIVIL NO.: 3:03cv630(DJS)

COMPUTER SCIENCES
CORPORATION                                                  :
    Defendant

**ORDER**

Pursuant to a telephone conference held on March 16, 2005, the Court hereby approves the proposed case management plan dated November 5, 2005 **with the following exceptions**: Discovery, including all discovery relating to expert witnesses will be completed by **January 15, 2006**. Reports from plaintiff's experts will be due by **October 14, 2005**. Depositions of the plaintiff's experts shall be completed by **November 14, 2005.** Reports from defendant's experts will be due by **November 28, 2005**. Depositions of the plaintiff's experts shall be completed by **December 31, 2005.** Dispositive motions, if any, will be filed by **February 15, 2006.** All motions relating to joinder of parties, claims or remedies, class certification and amendment of the pleadings by either the plaintiff or defendants shall be filed by **February 15, 2006.** All responses to the Complaint shall be filed in accordance with Fed.R.Civ.P. 12(a).

A joint trial memorandum shall be filed by **March 15, 2006.** This case shall be trial ready **April, 2006**. If the parties cannot agree to the filing of the joint trial memorandum, each party shall file their trial memorandum separately. If a dispositive motion is filed, the memorandum shall be **filed** within 30 days of any decision of the court on such dispositive motion. The filing of dispositive motions shall not stay discovery.

The parties are hereby notified that failure to comply with this Order shall be grounds for either an immediate dismissal with prejudice or an entry of a default and/or sanctions.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this ___22nd___ day of March, 2005.

                                        /s/DJS_____
                                        Dominic J. Squatrito
                                        United States District Judge