UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS,<br>    Plaintiff, | :<br>:<br>: |
| V. | :    No. 3-03-CV-00630(DJS) |
| | : |
| COMPUTER SCIENCES<br>CORPORATION,<br>    Defendant. | :<br>:<br>: |

## ORDER

Pursuant to the telephone conference held before the court on March 16, 2005, the court **ORDERS** the following:

**1.** The motion for approval **[doc. #83]** is **GRANTED in part**. The potential opt-in plaintiffs shall have ninety (90) days from the date the Notice of Consent form is postmarked to submit their consent to participate in this action.

**2.** The motion to compel discovery **[doc. #84]** is **DENIED without prejudice** to refiling at an appropriate time. The court trusts the parties to resolve their differences amicably and without unnecessary confrontation. The court **ORDERS** the defendant to produce the names, and contact information where available, of all potential class members for the period of time from September 28, 2001 to September 28, 2004. The court does not intend this order to be construed as a decision regarding the effect of any applicable statute of limitations–defendant may raise that issue when the opt-in period has ended and the members of the class are known.

**IT IS SO ORDERED** at Hartford, Connecticut, this __24th__ day of March, 2005

                                                           /s/DJS
                                          **DOMINIC J. SQUATRITO**
                                          **UNITED STATES DISTRICT JUDGE**