UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, | : | |
| on behalf of himself and | : | CIVIL ACTION NO. |
| all others similarly situated | : | 3:03 CV00630 (DJS) |
|     PLAINTIFFS, | : | |
| | : | |
|   v. | : | |
| | : | |
| COMPUTER SCIENCES | : | |
| CORPORATION | : | NOVEMBER 9, 2005 |
| | : | |
|     DEFENDANT. | : | |

**PLAINTIFF'S NOTICE OF MANUAL FILING OF CONSENT FORMS**

Plaintiff, Mario Richards, hereby gives notice that the following persons have filed consent forms manually in this case.

Ronald A. Teroszko
Martha C. Hansen
Gregory J. Regnier
Carrie E. Brooks
William C. Duerrler
June Ramsey
Ednaleah Davis
Donald Books
Daryl K. Coleman
Scott R. Davis
Lewis R. Kreager
Stephen Eamsey
Ed Jones
Karen Merrill
Carolyn Klair
Andrew McCoy
Eugene Pushefski, Sr.
Fabio J. Munoz
Dennis J. Brennan
John T. Pier, Jr.
Marvin L. Price
Samual Rozario
Theresa Levesque

Lewis R. Kreager
Akbar Basaria
Darla Lewis
Julie Blasiak
Mark Vinchesi
Terese A.J. Cagle
Robert Collett
William Armstrong
Kevin Henry
John D. Carrigan
Clyde Marte

                                        Plaintiff,
                                        Mario Richards

                                        _____
                                        Michael J. Melly
                                        Fed. Bar No.  ct17841
                                        143 Oneco Avenue
                                        P.O. Box 771
                                        New London, CT 06320
                                        Tel:  (860) 447-1990

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed on

To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
Jackson Lewis
90 State House Sq.
Hartfrod, Ct 06103

                                        _____
                                        Michael J. Melly