UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, | : | |
| on behalf of himself and | : | CIVIL ACTION NO. |
| all others similarly situated | : | 3:03 CV00630 (DJS) |
|     PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| COMPUTER SCIENCES | : | |
| CORPORATION | : | NOVEMBER 17, 2005 |
| | : | |
|     DEFENDANT. | : | |

**PLAINTIFF'S NOTICE OF MANUAL FILING OF CONSENT FORMS**

Plaintiff, Mario Richards, hereby gives notice that the following persons have filed consent forms manually in this case.

Shlomo Katz
DaMarco Ellis
Michael Dichello
Tammy Duffy (Przygoda)
David Randleas

                                         Plaintiff,
                                         Mario Richards

                                         _____
                                         Michael J. Melly
                                         Fed. Bar No.  ct17841
                                         143 Oneco Avenue
                                         P.O. Box 771
                                         New London, CT 06320
                                         Tel:  (860) 447-1990

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on

To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
Jackson Lewis
90 State House Sq.
Hartfrod, Ct 06103

_____
Michael J. Melly