**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al.)**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,     No. 3:03CV00630 (DJS).
and others similarly situated,
         Plaintiffs,

v.

Computer Sciences Corporation,
         Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, JERRY D KOPIEC, (name) 25401 ROMERA PL (address) _____ (Apt) _____ (Town) LAKEFOREST (State) CA (zip code); 92630

Home Tel. 949-770-7144 cell _____ work 310-847-8730

email (if applicable)_____

hereby state:

I am a present or former Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

_____      11/30/05
Signature                              Date

## CONSENT TO JOIN CLASS ACTION
### (Fair Labor Standards Act, 29 USC Sec. 207 et al)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
and others similarly situated,
            Plaintiffs,

v.

Computer Sciences Corporation,
            Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, MICHAEL VAUGHN, (name) 2290 EUCALYPTUS AVE. (address) _____ (Apt) LONG BEACH (Town) L.A. (State) 90806 (zip code); Home Tel. (562) 595-6876 cell _____ work 310-847-3727 email (if applicable) MYCHALVEE@YAHOO.COM

hereby state:

I am a present or former Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

_Michael Vaughn_          11-30-05
Signature                  Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
and others similarly situated,
          Plaintiffs,

v.

Computer Sciences Corporation,
          Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, Gregory J Reiter, (name) 8638 N. Kimbau Way (address) _____ (Apt) Tucson (Town) AZ (State) 85743 (zip code);

Home Tel. 520-579-0232  cell 520-907-9841  work 520-663-9539

email (if applicable) greiter@bigfoot.com

hereby state:

I am a present or former Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

_____          11/28/05
Signature                          Date

### CONSENT TO JOIN CLASS ACTION
### (Fair Labor Standards Act, 29 USC Sec. 207 et al)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,     No. 3:03CV00630 (DJS).
and others similarly situated,
     Plaintiffs,

v.

Computer Sciences Corporation,
     Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, MARK VINCHESI, (name) 16 WINDWARD LANE (address) _____ (Apt) OLD LYME (Town) CT (State) 06371 (zip code);
Home Tel. 860-434-3062 cell 860-575-4126 work _____
email (if applicable) vink2@adelphia.net

hereby state:

I am a present or former Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

_____     11/25/05
Signature                          Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,        No. 3:03CV00630 (DJS).
and others similarly situated,
            Plaintiffs,

v.

Computer Sciences Corporation,
            Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, __Michael B. Robins__ (name) __309 CAMP Creek Dr.__ (address)
_____ (Apt) __Arlington__ (Town) __TX__ (State) __76002__ (zip code);
Home Tel. __817-466-2667__ cell __214-783-7320__ work __469-995-3324__
email (if applicable) __MRobins@csc.com__

hereby state:

I am a **present or former Customer Support Analyst level I or Level II** at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

__Michael B. Robins__                __November 21, 2005__
Signature                             Date

<u>**CONSENT TO JOIN CLASS ACTION**</u>
<u>**(Fair Labor Standards Act, 29 USC Sec. 207 et al**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,   No. 3:03CV00630 (DJS).
and others similarly situated,
      Plaintiffs,

v.

Computer Sciences Corporation,
      Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Charles Ott_, (name) _2841 Ursa Circle_ (address) _Garland,_ (Apt) _TX_ (State) _75044_ (zip code);
Tel. _972-765-4255_ cell (if applicable) _____
email (if applicable) _blackpowderguitars@gmail.com_
hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

_____   _Nov 1, 2005_
Signature                    Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,     No. 3:03CV00630 (DJS).
and others similarly situated,
        Plaintiffs,

v.

Computer Sciences Corporation,
        Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, JOAN CAFARELL (name) 97 Inchcliffe DR (address) GALES FERRY (Apt) CT (State) 06335 (zip code);

Tel. 860-464-1447 cell (if applicable) _____

email (if applicable) JCAFAREL@yahoo.com

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

_____     11/11/05
Signature                          Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,      No. 3:03CV00630 (DJS).
and others similarly situated,
        Plaintiffs,

v.

Computer Sciences Corporation,
        Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Paul Shumsky_ (name) _42 Appletree Dr_ (address) _____ (Apt) _East Hartford_ (Town) _CT_ (State) _06118_ (zip code);
Home Tel. _860-569-7799_ cell _860.966.4479_ work _860.425-5190_
email (if applicable) _pshumsky@gmail.com_

hereby state:

I am a present or former Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

_Paul E. Shumsky_          _11/17/05_
Signature                              Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,        No. 3:03CV00630 (DJS).
and others similarly situated,
          Plaintiffs,

v.

Computer Sciences Corporation,
          Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, MICHAEL DICHELLO, (name)

of BRISTOL (Town)  CT (State)  06010 (zip code);

Tel. 860-582-7527 cell (if applicable) 860-833-5736

email (if applicable) MIKE@DICHELLO.NET

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith.

_____        6-7-05
Signature                      Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,      No. 3:03CV00630 (DJS).
and others similarly situated,
            Plaintiffs,

v.

Computer Sciences Corporation,
            Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, Susan Sanch (name) 4576 E. Thisthlox (address) Dr
_____ (Apt) _____ (Town) Phx (State) AZ (zip code); 85044
Home Tel. 480-940-8967 cell 480-560-7624 work _____

email (if applicable) _____

hereby state:

I am a **present or former Customer Support Analyst level I or Level II** at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

Susan Sang                    Nov 30, 2005
Signature                     Date