UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, | : | |
| on behalf of himself and | : | CIVIL ACTION NO. |
| all others similarly situated | : | 3:03 CV00630 (DJS) |
|     PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| COMPUTER SCIENCES | : | |
| CORPORATION | : | DECEMBER 5, 2005 |
| | : | |
|     DEFENDANT. | : | |

## PLAINTIFF'S NOTICE OF MANUAL FILING OF CONSENT FORMS

Plaintiff, Mario Richards, hereby gives notice that the following persons have filed consent forms manually in this case.

| | |
|---|---|
| Susan Sanchez | Jerry D. Kopiec |
| Michael Vaughn | Gregory J. Reiter |
| Mark Vinchesi | Michael B. Robins |
| Charles Ott | Joan Cafarella |
| Paul Shumsky | Michael DiChello |

                            Plaintiff,
                            Mario Richards


_____
Michael J. Melly
Fed. Bar No. ct17841
143 Oneco Avenue
P.O. Box 771
New London, CT 06320
Tel: (860) 447-1990

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed on  12/06/05

To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
Jackson Lewis
90 State House Sq.
Hartfrod, Ct 06103

                                                 _____
                                                 Michael J. Melly