UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARIO RICHARDS, on behalf of himself** <br> **and all others similarly situated,** <br><br> Plaintiffs, <br><br> v. <br><br> **COMPUTER SCIENCES CORP.,** <br> **Defendant.** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | No. 3:03CV630(DJS) |

## ORDER

Pursuant to the Telephone Conference held on December 15, 2005, the court **ORDERS** the following:

1. Plaintiff's counsel shall provide defendant with copies of the Revised Notice that was sent to potential opt-in plaintiffs along with the date(s) he mailed said notice to each potential opt-in plaintiff. Plaintiff shall furnish this information to the defendant by January 13, 2006.

2. Defendant's "Motion of Entry of Deadline to Opt In and for Entry of a Revised Scheduling Order" **(dkt. # 96)** is **GRANTED in part**.

    A. All Revised Notice and Notice of Consent forms shall be mailed on or before Friday, December 30, 2005, to potential opt-in plaintiffs. Plaintiff's counsel shall provide defendant with a copy of any such mailing by January 13, 2006. The potential opt-in plaintiffs shall have ninety (90) days from the date the Notice of Consent form is postmarked to submit their consent to participate in this action. Accordingly, if the Notice of Consent form is mailed on December 30, 2005, the potential opt-in plaintiffs shall have until April 2, 2006, to submit their consent to participate in this action.

      B. After December 30, 2005, plaintiff's counsel shall request the court's permission before sending a Revised Notice and Notice of Consent form to any other potential opt-in plaintiff.

      C. Discovery shall close on July 31, 2006. Dispositive motions shall be filed by August 31, 2006.

      D. This case is hereby referred to the Honorable Thomas P. Smith, U.S. Magistrate Judge for a settlement conference.

3. The oral motion to add members to the conditional class, which plaintiff made for the first time during the telephone conference, is **DENIED without prejudice**. Should plaintiff wish to amend the class, he must make a written motion to amend the class and file it with the court.

      **IT IS SO ORDERED** at Hartford, Connecticut on this 15th day of December, 2005.

          /s/DJS
          DOMINIC J. SQUATRITO
          UNITED STATES DISTRICT JUDGE