**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,        No. 3:03CV00630 (DJS).
and others similarly situated,
         Plaintiffs,

v.

Computer Sciences Corporation,
         Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, James W. Carman (name)  11 Roycroft, Ladera Ranch (address) _____ (Apt) Ca. (State) 92694 (zip code);

Tel. 949-388-1996 cell (if applicable) WORK 310-847-8748

email (if applicable) jcarman@csc.com

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

James W. Carman                11/18/05
Signature                       Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,     No. 3:03CV00630 (DJS).
and others similarly situated,
        Plaintiffs,

v.

Computer Sciences Corporation,
        Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, __KATHLEEN SIMLICK__ (name) __86 HILLS ST.__ (address) _____ (Apt) __E. HARTFORD__ (Town) __CT__ (State) __06118__ (zip code); Home Tel. __860-569-9458__ cell _____ work __860-425-5700__ email (if applicable) __K.simlick@sbcglobal.net__

hereby state:

I am a **present or former Customer Support Analyst level I or Level II** at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

_Kathleen Simlick_      12/15/05
Signature                Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al)**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,         No. 3:03CV00630 (DJS).
and others similarly situated,
                Plaintiffs,

v.

Computer Sciences Corporation,
                Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, James S. Hackett, (name) 6900 Butler Ave (address) _____ (Apt) Long Beach (Town) CA (State) 90805 (zip code); Home Tel. 310-763-9897 cell 310-213-5647 work 310-847-8724 email (if applicable) jhacket2@csc.com

hereby state:

I am a present or former Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

James S. Hackett                    12-1-05
Signature                           Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,          No. 3:03CV00630 (DJS).
and others similarly situated,
            Plaintiffs,

v.

Computer Sciences Corporation,
            Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, Samuel Rozario, (name) 173 Old Colchester (address) _____ (Apt) Amston (Town) CT (State) 06231 (zip code);

Home Tel. 860-228-6867 cell _____ work 860-425-5045

email (if applicable) Samrozario@yahoo.com

hereby state:

I am a **present or former** Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

_____          12-15-05
Signature                              Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al)**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,     No. 3:03CV00630 (DJS).
and others similarly situated,
Plaintiffs,

v.

Computer Sciences Corporation,
Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Linda M. Wilson_ (name) _7053 H Lively Rd_ (address) _____ (Apt) _Ponder_ (Town) _TX_ (State) _76259_ (zip code); Home Tel. _940-479-2819_ cell _972-345-0949_ work _N/A_
email (if applicable) _linda@DBlinda.com_.

hereby state:

I am a present or former Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

_Linda M. Wilson_     _12/05/05_
Signature                   Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al)**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,     No. 3:03CV00630 (DJS).
and others similarly situated,
        Plaintiffs,

v.

Computer Sciences Corporation,
        Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, _Denise Taylor_, (name) _2376 Hebron Ave_ (address) _____ (Apt) _Glastonbury_ (Town) _CT_ (State) _06033_ (zip code); Home Tel. _860 633-3981_ cell _____ work _860 425-5129_
email (if applicable) _Denbtay39@Aol.com_

hereby state:

I am a present or former Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

_Denise Taylor_            _12/5/05_
Signature                          Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,        No. 3:03CV00630 (DJS).
and others similarly situated,
              Plaintiffs,

v.

Computer Sciences Corporation,
              Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, William J. WAGNER, (name) 5039 PEARCE AV (address) _____ (Apt) LAKEWOOD (Town) CA (State) 90712 (zip code); Home Tel (562) 866-2102 cell (562) 644-9912 work (310) 847-8729

email (if applicable) _____

hereby state:

I am a present or former Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

_William J. Wagner_                    12/06/05
Signature                              Date

**CONSENT TO JOIN CLASS ACTION**
**(Fair Labor Standards Act, 29 USC Sec. 207 et al)**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mario Richards, on behalf of himself,   No. 3:03CV00630 (DJS).
and others similarly situated,
        Plaintiffs,

v.

Computer Sciences Corporation,
        Defendant,

To The United States District Court, and To Each Party, and To Counsel of Record:

I, Wayne Temple, (name) 1431 W Ina Road (address) _____ (Apt) Tucson (Town) AZ (State) 85704 (zip code);

Home Tel. 520-531-0792 cell 520-603-7800 work 520-663-6769

email (if applicable) wtemple2@earthlink.net

hereby state:

I am a present or former Customer Support Analyst level I or Level II at Computer Sciences Corporation and do hereby consent to become a party to the above-captioned class action and to be bound by the decision of the Court in connection herewith. I authorize plaintiff's counsel to represent my interests in this matter.

_____   November 23, 2005
Signature                                                  Date