UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARIO RICHARDS** | : | **CIVIL ACTION NO.** |
| **on behalf of himself and** | : | **3:03 CV 00630 (DJS)** |
| **all others similarly situated** | : | |
| **PLAINTIFFS** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COMPUTER SCIENCES** | : | **DECEMBER 28, 2005** |
| **CORPORATION** | : | |
| | : | |
| **DEFENDANT.** | : | |

**PLAINTIFF'S NOTICE OF MANUAL FILING OF CONSENT FORMS**

       Plaintiff, Mario Richards, hereby gives notice that the following persons have filed consent forms manually in this case.

| | |
|---|---|
| James W. Carman | Kathleen Simlick |
| Samuel Rosario | James S. Hackett |
| Linda M. Wilson | Denise Taylor |
| William J. Wagner | Wayne Temple |

Plaintifff,
Mario Richards

_____
Michael J. Melly
Fed. Bar No.  ct17841
143 Oneco Avenue
P. O. Box 771
New London, CT 06320
Tel: (860) 447-1990

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on  12/28/05

To:   Tasos C. Paindiris, Esq.
William Anthony, Esq.
Jackson Lewis
90 State House Sq.
Hartford, Ct  06103

_____
  Michael J. Melly