UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS, on behalf of himself and all others similarly situated **PLAINTIFFS,** | : : : : : |
| v. | : : |
| COMPUTER SCIENCES CORPORATION | : : |
| **DEFENDANT.** | : : |

CIVIL ACTION NO.
3:03 CV00630 (DJS)

December 7, 2005

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME RE: DISCOVERY RESPONSES

Plaintiff, Mario Richards and other plaintiffs, request pursuant to Local Rule 7 (b) that the court grant an enlargement of time to January 30, 2006 to respond or object to interrogatory and production requests dated December 8, 2005.

### Procedural Background

The plaintiff, Mario Richards, commenced this action on April 7, 2003 pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 et seq. (FLSA), claiming wages for overtime hours worked in excess of forty hours per week.

### Reason for Request

Defendant served approximately seventy-one (71) interrogatory requests containing eleven (11) interrogatories each and seventy-one (71) production requests containing seven (7) requests each on seventy-one plaintiffs on or about December 10, 2005. Additional time is required in order to compile the vast amount of documents and information requested and to determine and draft objections.

**Opposing Counsel**

Counsel for the plaintiff has made attempts to ascertain the position of opposing counsel in this matter. Plaintiff's counsel is *unaware* of opposing counsel's position relative to this request.

Plaintiff,
Mario Richards

By _____
Michael J. Melly
Fed. Bar No. ct17841
143 Oneco Avenue
Suite 4
New London, CT 06320
Tel: (860) 447-1990

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on 1/7/06
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
90 State House Sq.
Hartford, Ct 06103

_____
Michael J. Melly