UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, | : | |
| on behalf of himself and | : | CIVIL ACTION NO. |
| all others similarly situated | : | 3:03 CV00630 (DJS) |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| COMPUTER SCIENCES CORP. | : | January 23, 2005 |
| DEFENDANT. | : | |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
## RE: DISCOVERY RESPONSES

Plaintiff, Mario Richards and other plaintiffs, request pursuant to Local Rule 7 (b) that the court grant an enlargement of time to February 28, 2006 to respond or object to interrogatory and production requests dated December 22, 2005.

### Procedural Background

The plaintiff, Mario Richards, commenced this action on April 7, 2003 pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 et seq. (FLSA), claiming wages for overtime hours worked in excess of forty hours per week.

### Reason for Request

On December 22, 2005 Defendant served seven (7) interrogatory requests and seven (7) production requests containing eleven (11) interrogatories and seven (7) production requests. Previously, on December 10, 2005 Defendant served approximately seventy-one (71) interrogatory requests containing eleven (11) interrogatories each and seventy-one (71) production requests containing seven (7) requests each on seventy-one plaintiffs.

Additional time is required in order to compile the vast amount of documents and information requested and to determine and draft objections. Considering the large number of plaintiff's in this case counsel is attempting to communicate and obtain the requested information in the most efficient manner.

**Opposing Counsel**

Counsel for the parties have discussed the requests and plaintiffs' objections. An understanding was reached relative to the information which shall be provided and the manner in which plaintiffs' counsel will efficiently gather such information.

                                                 Plaintiffs,
                                                 Mario Richards and other plaintiffs

By _____
Michael J. Melly
Fed. Bar No. ct17841
143 Oneco Avenue #4
New London, CT 06320
Tel: (860) 447-1990

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on 1/24/06
Tasos C. Paindiris, Esq.
William Anthony, Esq.
90 State House Sq.
Hartford, Ct 06103

_____
Michael J. Melly