UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS, : | |
| on behalf of himself and : | CIVIL ACTION NO. |
| all others similarly situated : | 3:03 CV00630 (DJS) |
|     PLAINTIFFS, : | |
| : | |
| v. : | |
| : | |
| COMPUTER SCIENCES : | |
| CORPORATION : | FEBRUARY 28, 2006 |
| : | |
|     DEFENDANT. : | |

**PLAINTIFF'S NOTICE OF MANUAL FILING OF CONSENT FORMS**

    Plaintiff, Mario Richards, hereby gives notice that the following persons have filed consent forms manually in this case.

V. James Sorrentino
David Lee
Naeemah Sreward

                                                                  Plaintiff,
                                                                   Mario Richards


                                                            _____
                                                            Michael J. Melly
                                                            Fed. Bar No. ct17841
                                                           143 Oneco Avenue
                                                           P.O. Box 771
                                                          New London, CT 06320
                                                          Tel: (860) 447-1990

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed on

To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
Jackson Lewis
90 State House Sq.
Hartfrod, Ct 06103

                                      _____
                                      Michael J. Melly