UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS,<br>Plaintiff, | CIVIL NO. 3:03CV00630 (DJS) |
| v. | |
| COMPUTER SCIENCES CORPORATION<br>Defendant. | MAY 12, 2006 |

## DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant, Computer Sciences Corporation ("Defendant"), respectfully moves this Court for an order compelling Plaintiffs' responses to Defendant's First Set of Interrogatories and Defendant's First Request for Production dated December 8, 2005; December 22, 2005; and January 11, 2006. Defendant also requests that Plaintiff be compelled to produce the Notice form sent to the potential opt ins along with the date the form was sent in accordance with this Court's previous Order. Further, in accordance with Fed. R. Civ. P. 37(a)(4) and D. Conn. L.Civ. R. 9(d)(4), Defendant requests that it be awarded its reasonable fees and expenses incurred in making this Motion.

In support of its Motion, Defendant has also filed an accompanying Memorandum of Law. Attached as Exhibit A to Defendant's Memorandum is the Affidavit of Tasos C. Paindiris, certifying that good faith efforts have been made to fully resolve the parties' outstanding

discovery issues, in accordance with Rule 37(a)(2)(B) of the Federal Rules of Civil Procedure and Local Rule 9(d)(2).

           DEFENDANT,
           COMPUTER SCIENCES CORPORATION

By:   */s/ Tasos C. Paindiris*
      Tasos C. Paindiris (ct 16739)
      William J. Anthony (ct 17865)
      Jackson Lewis LLP
      90 State House Square, 8th Floor
      Hartford, CT 06103
      Tel: (860) 522-0404
      Fax: (860) 247-1330
      E-mail: paindirt@jacksonlewis.com

## CERTIFICATION OF SERVICE

I hereby certify that on May 12, 2006, a copy of the foregoing Defendant's Motion to Compel Discovery Responses was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Tasos C. Paindiris
Tasos C. Paindiris