UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS,<br>Plaintiff, | CIVIL NO. 303CV00630 (DJS) |
| v. | |
| COMPUTER SCIENCES CORPORATION<br>Defendant. | MAY 12, 2006 |

### AFFIDAVIT OF TASOS C. PAINDIRIS
### IN SUPPORT OF DEFENDANT'S MEMORANDUM
### IN SUPPORT OF MOTION TO COMPEL

TASOS C. PAINDIRIS, being duly sworn, deposes and states as follows:

1. I am over the age of 18 and understand the obligations of an oath.

2. I am an attorney with the law firm of Jackson Lewis LLP and represent the Defendant in the above-captioned matter.

3. I submit this Affidavit in support of Defendant's Memorandum in Support of Motion to Compel dated May 12, 2006.

4. I have attempted in good faith to resolve the current discovery dispute between the parties without the intervention of the Court. My efforts include the following:

   (a) During discussions in January 2006, Plaintiffs' Counsel proposed a chart reflecting each Plaintiffs' damages analysis. I agreed that Plaintiffs could respond to the discovery in summary fashion rather than preparing individual responses for each opt-in Plaintiff, provided each Plaintiff could verify, under oath, the information attributable to him/her. I agreed to the concept but asked to review a specific proposal or sample document. Plaintiffs never produced anything in response.

     (b)     On February 7, 2006 I wrote to Plaintiff's counsel. I stated the Court ordered that by January 13, 2006 Plaintiff must provide Defendant with copies of the revised Notice that was sent to potential opt ins, along with the dates he mailed the Notice to each potential opt in Plaintiff. I informed him that we have not received this and I requested that he forward the documents and information to me as soon as possible. A copy of the letter is attached as Exhibit A.

     (c)     On April 13, 2006 I wrote to Plaintiff's counsel requesting responses to discovery and stating that Defendant would file a Motion with the Court if responses were not received within 10 days. A copy of this letter is attached as Exhibit B.

     (d)     On May 1, 2006, I counsel left a voicemail for Plaintiff's counsel requesting responses to discovery.

5.     As of the present date, Defendant has received no communication from Plaintiffs' Counsel in response to the communications referenced above.

     I have read the foregoing and it is true to the best of my knowledge and belief.

*[signature]*

Tasos C. Paindiris

Sworn and subscribed to before me
this 12th day of May, 2006.

*[signature]*
Notary Public
My Commission Expires On: 1-31-10

## CERTIFICATION OF SERVICE

I hereby certify that on May 12, 2006, a copy of the foregoing Affidavit of Tasos C. Paindiris in Support of Defendant's Memorandum in Support of Motion to Compel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Tasos C. Paindiris
Tasos C. Paindiris

# EXHIBIT A

**jackson|lewis**

Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA | LOS ANGELES, CA | RALEIGH-DURHAM, NC |
| 90 State House Square | BOSTON, MA | MIAMI, FL | SACRAMENTO, CA |
| 8th Floor | CHICAGO, IL | MINNEAPOLIS, MN | SAN FRANCISCO, CA |
| Hartford, Connecticut 06103 | DALLAS, TX | MORRISTOWN, NJ | SEATTLE, WA |
| Tel 860 522-0404 | GREENVILLE, SC | NEW YORK, NY | STAMFORD, CT |
| Fax 860 247-1330 | HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | WHITE PLAINS, NY |

February 7, 2006

**FIRST CLASS MAIL**

Michael J. Melly
143 Oneco Avenue
P.O. Box 771
New London, CT 06320

                Re:    Richards v. Computer Sciences Corporation

Dear Michael:

      Enclosed are additional documents as supplemental responses to Plaintiff's discovery requests. Specifically, Defendant produces e-mail communications between Adair Bledsoe and the Department of Labor (Document Nos. CSC1465-CSC_1672), all of which are designated as Confidential and produced subject to the Stipulated Protective Order between the parties.

      Additionally, the Court ordered that by January 13, 2006 you must provide Defendant with copies of the revised Notice that was sent to potential opt ins, along with the dates you mailed the Notice to each potential opt in Plaintiff. To date we have not received this—please forward the documents and information to me as soon as possible.

      Thank you for your attention to this matter.

                                  Very truly yours,
                                  JACKSON LEWIS LLP

                                  Tasos C. Paindiris

TCP/amj
66136

# EXHIBIT B

# jackson | lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | RALEIGH-DURHAM, NC |
| 90 State House Square | BOSTON, MA | MIAMI, FL | SACRAMENTO, CA |
| 8th Floor | CHICAGO, IL | MINNEAPOLIS, MN | SAN FRANCISCO, CA |
| Hartford, Connecticut 06103 | DALLAS, TX | MORRISTOWN, NJ | SEATTLE, WA |
| Tel 860 522-0404 | GREENVILLE, SC | NEW YORK, NY | STAMFORD, CT |
| Fax 860 247-1330 | HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | WHITE PLAINS, NY |

April 13, 2006

**FIRST CLASS MAIL**

Michael J. Melly
143 Oneco Avenue
P.O. Box 771
New London, CT 06320

Re: Richards v. Computer Sciences Corporation

Dear Michael:

Plaintiffs' responses to Defendant's Interrogatories and Requests for production were due on February 28, 2006. In our prior discussions you indicated you were working on preparing some kind of chart or table that would be responsive to the damages information requested for all of the opt ins. To date Defendant has received no response to the discovery requests, nor have we received any damages analysis or chart.

Please respond immediately to the discovery requests to that we may proceed with this case in an orderly fashion and comply with the Court ordered deadlines. If we do not hear from you or receive responses within 10 days, we will consider filing a Motion with the Court.

Thank you for your attention to this matter.

Very truly yours,
JACKSON LEWIS LLP

Tasos C. Paindiris

TCP/amj
66136