UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, | : | |
| on behalf of himself and | : | CIVIL ACTION NO. |
| all others similarly situated | : | 3:03 CV00630 (DJS) |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| COMPUTER SCIENCES | : | |
| CORPORATION | : | MAY 31, 2006 |
| | : | |
| DEFENDANT. | : | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**
**RE:  MOTION TO COMPEL**

Plaintiff, Mario Richards and other plaintiffs, request pursuant to Local Rule 7 (b) that the court grant an enlargement of time to June 16, 2006 to file a memorandum in response to defendant's motion to compel responses to interrogatory and production requests dated December 8, 2005.

**Procedural Background**

The plaintiff, Mario Richards, commenced this action on April 7, 2003 pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 et seq. (FLSA), claiming wages for overtime hours worked in excess of forty hours per week.

**Reason for Request**

Defendant served approximately seventy-one (71) interrogatory requests containing eleven (11) interrogatories each and seventy-one (71) production requests containing seven (7) requests each on seventy-one plaintiffs on or about December 10, 2005.  Plaintiffs have been working on responses to said requests.  Plaintiffs further

desire to file a responsive memorandum to defendant's motion to compel. Additional time is required in order to properly respond to defendant's motion to compel. Counsel for the plaintiffs has been busy recently working on an appellate brief in the Second Circuit in Absher v. Flexi International Software.

**Opposing Counsel**

Counsel for the defendant does not object to plaintiffs' request.

                                            Plaintiff,
                                            Mario Richards

                              By_____
                                Michael J. Melly
                                Fed. Bar No.  ct17841
                                143 Oneco Avenue
                                Suite 4
                                New London, CT 06320
                                Tel:  (860) 447-1990

**CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed on
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
90 State House Sq.
Hartford, Ct 06103
                                      _____
                                    Michael J. Melly