UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIO RICHARDS, on behalf of himself** <br> **and all others similarly situated,** <br><br>     **Plaintiffs,** <br><br> v. <br><br> **COMPUTER SCIENCES CORP.,** <br><br>     **Defendant.** | : <br> : <br> : <br> : <br> : <br> :     No. 3:03CV630(DJS) <br> : <br> : <br> : <br> : |

## ORDER

The Clerk of the Court shall docket the attached submission, which was file-stamped December 6, 2004.

**IT IS SO ORDERED** at Hartford, Connecticut on this\_5th\_\_\_ day of June, 2006.

                        /s/DJS
                 **DOMINIC J. SQUATRITO**
               **UNITED STATES DISTRICT JUDGE**