FILED

2004 DEC -b  A  9: 48

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:03 cv00630 (DJS) |
| | : | |
| V. | : | |
| | : | |
| COMPUTER SCIENCES CORPORATION | : | |
| DEFENDANT | : | |
| | : | DECEMBER 3, 2004 |

## CERTIFICATION

I hereby certify that a copy of eleven consent forms filed herewith were mailed

on December 3, 2004 to:

Tasos C. Paindiris Esq.
William Anthony, Esq.
Jackson Lewis
55 Farmington Avenue Suite 1200
Hartford, CT 06105

By _____
Michael J. Melly, ct17841
Bartinik, Gianacoplos, Bartinik,
Bartinik & Grater, P.C.
100 Fort Hill Rd.
Groton, CT 06340
Tel: (860) 445 8521
Fax: (860) 445-5873

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 12/3/04 to:

Tasos C. Paindiris Esq.
William Anthony, Esq.
Jackson Lewis
55 Farmington Avenue Suite 1200
Hartford, CT 06105
Tel: (860) 522-0404
Fax: (860) 247-1330

Michael J. Melly