UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIO RICHARDS, on behalf of himself** : <br> **and all others similarly situated,** : <br> : <br>     **Plaintiffs,** : <br> :     No. 3:03CV630(DJS) <br> **v.** : <br> : <br> **COMPUTER SCIENCES CORP.,** : <br>     **Defendant.** : <br> : | |

## ORDER

Pursuant to the Telephone Conference held on June 5, 2006, the court **ORDERS** the following:

1. Defendant's Motion to Compel Discovery Responses **(dkt. # 110)** is **GRANTED in part**.

    a). Plaintiffs' counsel shall, on or before June 19, 2006, provide defendant's counsel with copies of the Revised Notice that was sent to each potential opt-in plaintiff along with the date(s) plaintiffs' counsel mailed the notices to each potential opt-in plaintiff.

    b). On or before June 19, 2006, to the extent possible, plaintiffs' counsel shall provide defendant's counsel with responses to defendant's interrogatories and requests for production of documents, which were dated December 8, 2005, December 22, 2005, and January 11, 2006. To the extent that plaintiffs' counsel does not receive responses from his clients until a later date, plaintiffs' counsel shall forward this information to defendant's counsel as soon as it comes in.

2. Plaintiffs' motion for enlargement of time re: motion to compel **(dkt. # 113)** is **DENIED**.

3. Plaintiffs' counsel shall provide defendant's counsel with "the new employee list," consisting of seventy-five (75) names, on or before June 19, 2006. Defendant's counsel shall provide plaintiffs' counsel with employment histories for these individuals on or before July 7, 2006. Thereafter, upon motion to the court, plaintiffs' counsel may seek leave of the court to mail the Revised Notice and Notice of Consent Forms to any potential opt-in plaintiffs who appeared on "the new employee list."

4. Plaintiffs' counsel shall provide defendant's counsel with the social security number or employee identification number of the "California woman" on or before July 7, 2006.

5. On or before June 19, 2006, defendant's counsel shall provide plaintiffs' counsel with a written statement of the methodology that Computer Sciences Corporation ("CSC") used to determine the names of potential class members. Defendant's counsel shall also provide, on or before June 19, 2006, plaintiffs' counsel with the name of the individual(s) responsible for utilizing this methodology and generating the employee list(s). Thereafter, plaintiffs' counsel and defendant's counsel shall exchange a written list of the questions that they intend to pose to the above mentioned CSC employee(s). Plaintiffs' counsel, defendant's counsel, and the CSC employee(s) responsible for generating the list of potential claimants shall then meet and discuss the methodology CSC utilized to generate the employee list(s).

      6. Discovery shall close on November 30, 2006. Dispositive motions shall be filed on or before December 29, 2006.

**IT IS SO ORDERED** at Hartford, Connecticut on this __5th__ day of June, 2006.

                                            /s/DJS
                              **DOMINIC J. SQUATRITO**
                         **UNITED STATES DISTRICT JUDGE**