UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARIO RICHARDS, on behalf of himself** | : | |
| **and all others similarly situated,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | No. 3:03CV630(DJS) |
| **COMPUTER SCIENCES CORP.,** | : | |
| Defendant. | : | |

## ORDER

Pursuant to the Telephone Conference held on August 9, 2006, the Court **ORDERS** the following:

1. The Court reserves decision on plaintiffs' renewed oral motion to amend the class. The parties shall file a status report with the Court outlining their positions regarding the employees hired after November 2004. This report shall be filed with the Court on or before August 31, 2006.

2. The Court shall issue a forthcoming "Proposed Order." The parties shall file a scheduling plan with the Court, which will address their position regarding the "Proposed Order," the deadline by which class members must provide defendants with evidence of the number of hours they worked, and a statement explaining to class members that their failure to produce this evidence could result in a settlement demand based upon the time cards in defendant's possession.

**IT IS SO ORDERED** at Hartford, Connecticut on this 9th day of August, 2006.

/s/ DJS
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE