UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, on behalf of himself and all others similarly situated, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | No. 3:03CV630(DJS) |
| COMPUTER SCIENCES CORP., | : : | |
| Defendant. | : | |

## ORDER

In accordance with this Court's Order of September 1, 2006 (dkt. # 122), plaintiffs' counsel and defendant's counsel have informed the Court of their position(s) regarding the forthcoming Order and Notice to Class Members, which shall explain to class members that should they fail to provide documentation of the number of hours they have worked to Attorney Michael Melly, by October 20, 2006, Attorney Melly shall use the time records relating to the class members' employment that Computer Sciences Corporation has in its possession.

In light of the agreement reached by plaintiffs' counsel and defendant's counsel, Attorney Melly shall serve the attached Order, entitled "ORDER and NOTICE TO CLASS MEMBERS," by regular first-class mail or by e-mail for those class members with whom he has been corresponding by e-mail.

**IT IS SO ORDERED** at Hartford, Connecticut on this 12th day of September, 2006.

/s/DJS
_____
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE