UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARIO RICHARDS, on behalf of himself** | : | |
| **and all others similarly situated,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 3:03CV630(DJS) |
| | : | |
| **COMPUTER SCIENCES CORP.,** | : | |
| | : | |
| Defendant. | : | |

## ORDER and NOTICE TO CLASS MEMBERS

You are hereby placed on notice that if you do not provide, on or before October 20, 2006, Attorney Michael Melly with responses to the requests for information regarding the number of hours you worked as a Computer Systems Analyst (Help Desk) at Computer Sciences Corporation, and/or documentation of those hours, the Court shall allow Attorney Melly to use the time records relating to your employment that Computer Sciences Corporation has in its possession for the purpose of preparing a damages analysis in this case.

**IT IS SO ORDERED** at Hartford, Connecticut on this 12th day of September, 2006.

/s/DJS
_____
**DOMINIC J. SQUATRITO**
**UNITED STATES DISTRICT JUDGE**