UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUTT

| | |
|---|---|
| MARIO RICHARDS,<br><br>   Plaintiff,<br><br>v.<br><br>COMPUTER SCIENCES CORPORATION,<br><br>   Defendant. | CIVIL ACTION NO:<br><br>3:03 CV 00630 (DJS)<br><br>NOVEMBER 30, 2006 |

## JOINT MOTION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

  Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the Plaintiff, Mario Richards and Defendant, Computer Sciences Corporation, hereby respectfully move for an extension of the deadlines for completing discovery and for filing dispositive motions. The Parties request that the deadline for discovery be extended 90 days from November 30, 2006 to February 28, 2007 and that the deadline for dispositive motions also be extended from December 29, 2006 to March 30, 2007.

  In support of this Motion, Defendant states as follows:

  1. On June 5, 2006, this court set deadlines for discovery to be completed by November 30, 2006 and dispositive motions to be filed by December 29, 2006. These deadlines were set following a status conference wherein the parties expressed their desire to try to settle the case at a settlement conference on August 2, 2006, but would need time to complete discovery in the event the case does not settle.

2. The settlement conference was held on August 2, 2006, however, the parties were unable to reach an agreement to settle. This was based in part on the fact that Plaintiff's counsel had not yet received information he requested from all of the opt ins relating to their alleged hours worked.

3. Another status conference was held on August 9, 2006 and thereafter the Court issued an Order to the opt ins requiring that they respond to the requests for information regarding hours by October 19, 2006.

4. Plaintiff's counsel has received additional responses and has informed Defendant's counsel that he is in the process of finalizing a settlement demand. Plaintiff's counsel anticipates getting a settlement demand to Defendant's counsel by December 1, 2006 or shortly thereafter.

5. The Parties intend to engage in good faith negotiations to try to resolve this matter and require additional time to do so. As such, the parties move the Court to extend the currently pending deadlines for discovery and dispositive motions so that they may attempt to resolve the case without expending additional resources on discovery and motion practice.

WHEREFORE, the Parties request that the deadline for discovery be extended 90 days from November 30, 2006 to February 28, 2007 and that the deadline for dispositive motions also be extended from December 29, 2006 to March 30, 2007.

| | |
|---|---|
| PLAINTIFF<br>MARIO RICHARDS | DEFENDANT,<br>COMPUTER SCIENCES CORPORATION |
| By: /s/ *Michael J. Melly*<br>Michael J. Melly, Esq. (ct 17841)<br>143 Oneco Avenue #4<br>P.O. Box 771<br>New London, CT 06320<br>Tel: 860-447-1990 | By: /s/ *Tasos C. Paindiris*<br>Tasos C. Paindiris, Esq. (ct 16739)<br>Jackson Lewis LLP<br>90 State House Square, 8th Floor<br>Hartford, CT 06103<br>Tel: 860-522-0404<br>Fax: 860-247-1330<br>E-mail: paindirt@jacksonlewis.com |

## CERTIFICATION OF SERVICE

I hereby certify that on November 30, 2006, a copy of the foregoing Joint Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CMECF System.

*/s/ Tasos C. Paindiris*
Tasos C. Paindiris