UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS,<br>on behalf of himself and<br>all others similarly situated<br>PLAINTIFFS, | :<br>:<br>: CIVIL ACTION NO.<br>: 3:03 CV00630 (DJS)<br>: |
| v. | : |
| COMPUTER SCIENCES<br>CORPORATION | :<br>: November 29, 2006 |
| DEFENDANT. | : |

## PLAINTIFF'S MOTION FOR PERMISSION TO ALLOW PARTIES TO OPT INTO THE CLASS

Plaintiff, Mario Richards, on behalf of the class, requests that the court grant permission to the following parties to opt-into the class. In support thereof, the plaintiff states:

### Procedural Background

This action was brought pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 et seq. (FLSA), claiming wages for overtime hours worked in excess of forty hours per week. The court (Squatrito, J.) granted class certification to all employees of Computer Sciences Corporation holding the position of CSA (Customer Support Analyst) Level I & II.

### Parties Seeking To Opt-In

William Campbell, Mark Caputo and Gwen Zarkos are CSA's (custmer support analyst) working out of the Norwich, CT facility who claim to have worked over-time hours without pay during the relevant time period. Counsel for the plaintiff has communicated with these persons and believes it appropriate that they be allowed to opt-

in. Although the deadline has passed to opt-in, these three persons have good reason why they have not previously opted in. They did not receive a notice of their right to opt-in to this case, as their names were not provided to plaintiff by Computer Sciences Corporation. These proposed opt-in parties have already provided the necessary information to plaintiff's counsel. Adding theses persons as members of the class would not unduly prejudice to the defendant or cause any delay in the proceeding/settlement of this case.

**Opposing Counsel**

Counsel for the plaintiff has spoken to opposing counsel in this matter. Defendant's position is yet undetermined regarding the present request.

Plaintiff,
Mario Richards,
on behalf of the class

By_____
Michael J. Melly
Fed. Bar No. ct17841
143 Oneco Avenue Suite 4
P.O. Box 771
New London, CT 06320
Tel: (860) 447-1990
Fax: (860) 961-8602
mjmelly@aol.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 11/30/06

To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
Jackson Lewis
90 State House Sq. 8th Fl.
Hartford, Ct 06103

Michael J. Melly