UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUTT

| | |
|---|---|
| MARIO RICHARDS, | CIVIL ACTION NO: |
| Plaintiff, | |
| v. | 3:03 CV 00630 (DJS) |
| COMPUTER SCIENCES CORPORATION, | |
| Defendant. | DECEMBER 26, 2006 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PERMISSION TO ALLOW PARTIES TO OPT IN TO THE CLASS**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court Defendant, Computer Sciences Corporation, hereby respectfully moves for a twenty-one (21) day extension of time, until January 16, 2007, to respond to Plaintiff's Motion for Permission to Allow Parties to Opt In to the Class.

In support of this Motion, Defendant states as follows:

1. On December 4, 2006, Plaintiff filed a Motion for Permission to Allow Parties to Opt In to the Class.

2. Plaintiff's Motion seeks to allow three (3) individuals who claim to have worked overtime without pay participate in this case even though the deadline for opting in has passed. Plaintiff claims that the names of these individuals were not on the list of potential class members provided by Defendant.

3. Defendant has reason to believe these individuals were not included on the list because they worked after the Help Desk Analyst position was reclassified in November 2004 and their only claims would therefore involve alleged "off-the-clock" time. If so, Plaintiff's Motion for Permission would be rendered moot by this Court's recent ruling denying Plaintiff's efforts to expand the class in this case to include claims for "off-the-clock" time.

4. Defendant requires additional time to research the employment history and status of these individuals to determine whether they are part of the class.

WHEREFORE, Defendant requests that the deadline for responding to Plaintiff's Motion for Permission to Allow Parties to Opt In to the Class be extended by twenty one (21) days until January 16, 2007.

DEFENDANT,
COMPUTER SCIENCES CORPORATION

By: /s/ *Tasos C. Paindiris*
Tasos C. Paindiris, Esq. (ct 16739)
Jackson Lewis LLP
90 State House Square, 8th Floor
Hartford, CT 06103
Tel: 860-522-0404
Fax: 860-247-1330
E-mail: paindirt@jacksonlewis.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on December 26, 2006, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CMECF System.


                                        */s/ Tasos C. Paindiris*
                                        Tasos C. Paindiris