UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIO RICHARDS, on behalf of himself** : <br> **and all others similarly situated,** : <br> : <br>     **Plaintiffs,** : <br> :    No. 3:03CV630(DJS) <br> **v.** : <br> : <br> **COMPUTER SCIENCES CORP.,** : <br>     **Defendant.** : <br> : | |

**ORDER**

Pursuant to the Telephone Conference held on January 30, 2007, the Court **ORDERS** the following:

1. This afternoon, the parties represented to the Court that eighty-five (85) plaintiffs have opted-into this case, and of those eighty-five (85) plaintiffs, approximately forty-five (45) individuals have provided Attorney Melly with records relating to the number of hours they worked for Computer Sciences Corporation ("CSC"). On September 12, 2006, this Court issued an order, which reads, "In light of the agreement reached by plaintiffs' counsel and defendant's counsel, Attorney Melly shall serve the attached order, entitled 'ORDER and NOTICE TO CLASS MEMBERS' by regular first-class mail or by e-mail for those class members with whom he has been corresponding by e-mail." (Dkt. # 124). The ORDER and NOTICE to CLASS MEMBERS, informed the class members, "You are hereby placed on notice that if you do not provide, on or before October 20, 2006, Attorney Michael Melly with responses to the requests for information regarding the number of hours your worked as a Computer Systems Analyst (Help Desk) at Computer Sciences Corporation, and/or documentation of those hours, the Court shall allow Attorney Melly to use the time records relating to your employment that Computer Sciences Corporation has in its possession for the purpose of preparing a damages analysis in this

case." (Id.)  During today's teleconference, Attorney Melly represented to the Court, that he served the ORDER and NOTICE to CLASS MEMBERS upon the class members.  As the court-imposed deadline of October 20, 2006 has passed, the Court hereby orders Attorney Melly to use CSC's time records while computing his settlement demand and/or damages analysis, for any plaintiff who did not provide the above-mentioned records prior to the deadline of October 20, 2006.

2.  Plaintiffs' counsel shall, on or before **February 2, 2007**, provide defendant's counsel with a computation of hours worked and amount of money due for the class members.

3.  During the teleconference, plaintiffs' counsel indicated that he seeks to calculate wages for a period extending back three years from the opt-in dates of each plaintiff.  Defendant's counsel indicated, that for purposes of this calculation, plaintiffs' counsel could only calculate wages for a period extending back two years from the opt-in dates.  Plaintiffs' counsel and defendant's counsel shall each file, on or before **February 9, 2007**, a brief regarding this statute of limitations issue.

4.  During the teleconference, the parties indicated that plaintiffs' counsel may be entitled to reasonable attorneys fees.  Plaintiffs' counsel shall calculate his fees and shall provide defendant's counsel with this calculation on or before **February 9, 2007**.

5.  The parties shall contact the Court on or before **February 23, 2007,** to apprise the Court of the status of their settlement discussions.

    **IT IS SO ORDERED** at Hartford, Connecticut on this __30th___ day of January, 2007.

                                                /s/DJS
                                      **DOMINIC J. SQUATRITO**
                                    **UNITED STATES DISTRICT JUDGE**