**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **MARIO RICHARDS, on behalf of himself**<br>**and all others similarly situated,** | : | |
| | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **No. 3:03CV630(DJS)** |
| **v.** | : | |
| | : | |
| **COMPUTER SCIENCES CORP.,** | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

Pursuant to the Telephone Conference held on February 20, 2007, the Court **ORDERS**

the following:

1.  Plaintiff's counsel shall file his brief on the statute of limitations issue on or before

February 21, 2007.

2.  Plaintiff's counsel and defendant's counsel shall provide the court with a copy of their

damages calculations.

3.  Another telephone conference shall be held on **February 23, 2007 at 2:30 p.m.**  The

plaintiff shall initiate said call by calling the defendant and then conferencing in chambers.


**IT IS SO ORDERED** at Hartford, Connecticut on this _20th____ day of February, 2007.



_____
**/s/DJS**
**DOMINIC J. SQUATRITO**
**UNITED STATES DISTRICT JUDGE**