UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS | : | CIVIL ACTION NO: |
| | : | 3:03-CV-00630-DJS |
| V. | : | |
| | : | |
| COMPUTER SCIENCES CORP. | : | FEBRUARY 21, 2007 |

**APPEARANCE**

Please enter my appearance on behalf of The Bartinik Law Firm, P.C.

THE PLAINTIFF

BY    /s/ Peter J. Bartinik, Jr.
Peter J. Bartinik, Jr. # 14208
The Bartinik Law Firm, P.C.
100 Fort Hill Rd.
Groton, CT 06340
Ph 860 445 8521
Fax 860 445 5873
Email pjb@grotonlaw.com

**CERTIFICATION**

1

I hereby certify that a copy of the foregoing document was filed electronically, and that notice of this filing will be sent by e-mail through the Court's electronic filing system to all parties who may access this filing through the Court's system.  This document was filed electronically on February 21, 2007.

BY    /s/ Peter J. Bartinik, Jr.
Peter J. Bartinik, Jr. # 14208
The Bartinik Law Firm, P.C.
100 Fort Hill Rd.
Groton, CT 06340
Ph 860 445 8521
Fax 860 445 5873
Email pjb@grotonlaw.com