UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS | : | CIVIL ACTION NO: |
| | : | 3:03-CV-00630-DJS |
| V. | : | |
| | : | |
| COMPUTER SCIENCES CORP. | : | FEBRUARY 21, 2007 |

### NOTICE OF ATTORNEY'S CHARGING LIEN

Notice is hereby given that The Bartinik Law Firm, P.C. claims an attorney's charging lien in the amount of $21,657.80 (see Schedule A attached billing statement) for attorneys' fees and costs incurred in prosecuting this case on behalf of the plaintiffs.

From May of 2004 until December of 2004, Attorney Michael J. Melly was employed by the law firm of Bartinik, Giancopolis, Bartinik, Bartinik & Grater, P.C. n/k/a The Bartinik Law Firm, P.C and was simultaneously representing Mario Richards in this case.

BY     /s/ Peter J. Bartinik, Jr.
Peter J. Bartinik, Jr. # 14208
The Bartinik Law Firm, P.C.
100 Fort Hill Rd.
Groton, CT 06340
Ph 860 445 8521
Fax 860 445 5873
Email pjb@grotonlaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing document was filed electronically, and that notice of this filing will be sent by e-mail through the Court's electronic filing system to all parties who may access this filing through the Court's system. This document was filed electronically on February 21, 2007.

        BY   /s/ Peter J. Bartinik, Jr.
        Peter J. Bartinik, Jr. # 14208
        The Bartinik Law Firm, P.C.
        100 Fort Hill Rd.
        Groton, CT 06340
        Ph 860 445 8521
        Fax 860 445 5873
        Email pjb@grotonlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS | : | CIVIL ACTION NO: |
| | : | 3:03-CV-00630-DJS |
| V. | : | |
| | : | |
| COMPUTER SCIENCES CORP. | : | FEBRUARY 21, 2007 |

**MEMORANDUM OF LAW REGARDING ATTORNEY'S CHARGING LIEN**

In 2004 The Bartinik Law Firm, P.C. through its then employee, Attorney Michael Melly, expended billable hours in the form of legal research; drafting of pleadings, notices and discovery requests; communications; and meetings in behalf of the plaintiff in this action.

A charging lien is a lien that is placed upon funds or recovery due the client at the conclusion of the action. *Marsh, Day & Calhoun v. Elisabeth Solomon*, 204 Conn. 639, 645 (1987). It is well settled that this common law lien is an equitable measure to allow an attorney or firm to collect for the services and expenses of a particular suit *Carbone Financing Services, LLC v. Hawley 560, LLC et al.,* 31 Conn. L. Rptr. 85 (2001). Charging liens are based upon the principal that attorneys should be favored to collect on an asset they worked to create. *Id*.

The Bartinik Law Firm, P.C. is entitled to an attorney's charging lien in the matter of

3

*Richard v. Computer Sciences Corporation,* Docket No.: 3:03-CV-00630-DJS for the work performed on its behalf in 2004.

                                                BY      /s/ Peter J. Bartinik, Jr.
Peter J. Bartinik, Jr. # 14208
The Bartinik Law Firm, P.C.
100 Fort Hill Rd.
Groton, CT 06340
Ph 860 445 8521
Fax 860 445 5873
Email pjb@grotonlaw.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing document was filed electronically, and that notice of this filing will be sent by e-mail through the Court's electronic filing system to all parties who may access this filing through the Court's system.  This document was filed electronically on February 21, 2007.

BY  /s/ Peter J. Bartinik, Jr.
Peter J. Bartinik, Jr. # 14208
The Bartinik Law Firm, P.C.
100 Fort Hill Rd.
Groton, CT 06340
Ph 860 445 8521
Fax 860 445 5873
Email pjb@grotonlaw.com
