## *The Bartinik Law Firm, P.C.*
CENTURY PROFESSIONAL CENTER
100 FORT HILL ROAD P.O. BOX 942
GROTON, CONNECTICUT 06340

Ph:(860)-445-8521          Fax:(860)-445-5873

MARIO J. RICHARDS                                    February 20, 2007
BLACK POINT ROAD
NIANTIC, CT 06357

|  |  |
|---|---|
| File #: | 309-ric |
| Inv #: | 14072 |

Attention:    MR. MARIO J. RICHARDS

RE:       v. Computer Sciences Corporation

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-11-04 | Telephone with Atty Paindiris | 0.50 | 100.00 | MJM |
|  | Letter to court re: status conference | 0.50 | 100.00 | MJM |
| Oct-01-04 | Telephone conference with Richards | 0.25 | 50.00 | MJM |
| Oct-02-04 | Telephone conference with Murchio | 0.75 | 150.00 | MJM |
| Oct-03-04 | Meeting with Richards | 4.00 | 800.00 | MJM |
| Oct-04-04 | Contact Connecticut newspapers; draft press release and send to newspapers | 1.00 | 75.00 | PP |
| Oct-08-04 | Telephone conference with Vicki Roberts, a Daily Labor reporter | 0.50 | 100.00 | MJM |
| Oct-11-04 | Telephone conference with Maire re: Shlomo | 0.50 | 100.00 | MJM |
| Oct-14-04 | Drafted 1st phase of second request for discovery | 0.50 | 37.50 | PP |
|  | Telephone conference with Carlo | 0.50 | 100.00 | MJM |
|  | Telephone conference with Will Anthony | 0.25 | 50.00 | MJM |
|  | Message for Will Anthony | 0.25 | 50.00 | MJM |
|  | Letter to Tasos and Anthony re: US DOL | 0.75 | 150.00 | MJM |
|  | Revise Motion to Compel | 1.75 | 350.00 | MJM |
|  | Draft new product requests | 2.00 | 400.00 | MJM |
|  | Telephone conf. U.S. Dept. of Labor in Boston | 0.50 | 100.00 | MJM |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Telephone (Message) Dept. of Labor Baltimore, Diane Koplewski | 0.25 | 50.00 | MJM |
| | Research U.S. Dept. of Labor website | 0.50 | 100.00 | MJM |
| Oct-15-04 | Two e-mails to Mario | 0.50 | 100.00 | MJM |
| | Telephone conference with Tasos | 0.75 | 150.00 | MJM |
| | Telephone conference with Ron Gurka | 0.75 | 150.00 | MJM |
| Oct-16-04 | Meeting with Mario | 1.50 | 300.00 | MJM |
| | Telephone conference with Carlo | 1.00 | 200.00 | MJM |
| Oct-18-04 | Telephone conference with Tasos | 1.75 | 350.00 | MJM |
| | Review Plaintiff's motion to compel; draft discovery | 3.00 | 600.00 | MJM |
| | Letter to Tasos re: discovery issues (had to review plaintiff's discovery request in order to do it) | 2.00 | 400.00 | MJM |
| Oct-21-04 | Telephone conference with Murchio; telephone conference with Mario; e-mail to and from Mario; telephhone conference with Dan Deteau; e-mail letter to Charles Downs; review Newbery Notice issue; discuss notice issue with PJB | 0.50 | 100.00 | MJM |
| Oct-22-04 | Two telephone conferences with Mario | 1.00 | 200.00 | MJM |
| | Review Newberry (notice) issue; discuss notice issue with PJB; telephone conference with Attorney Cindy Greene and PJB | 0.00 | 0.00 | MJM |
| Oct-23-04 | Legal research FLSA. | 2.00 | 400.00 | C |
| Oct-25-04 | Research Notice issue; review Plaintiff's interrogatories | 2.00 | 400.00 | MJM |
| Oct-26-04 | Phone with attorney regarding notice to opt in. Legal research regarding notice to opt in. | 0.50 | 100.00 | C |
| | Telephone conference with Tasos | 2.00 | 400.00 | MJM |
| | Research Notice; review Plaintiff's interrogatories for discussion with Tasos; draft Memo re: notice issues, cite case law; telephone conference with Mario; telephone conference with Carlo | 3.50 | 700.00 | MJM |
| Oct-27-04 | Telephone conference with Mario | 0.50 | 100.00 | MJM |
| | Draft standing order | 2.00 | 400.00 | MJM |
| | Research Notice cases | 1.00 | 200.00 | MJM |

| | | | | |
|---|---|---|---|---|
| | Telephone conference with Tasos | 0.25 | 50.00 | MJM |
| | Discuss scheduling plan with PJB | 0.50 | 100.00 | MJM |
| Oct-28-04 | Prepare Notice to Employees | 0.50 | 37.50 | PP |
| | Telephone conference with Mario | 0.50 | 100.00 | MJM |
| | Telephone conference with Robert Haskell | 0.75 | 150.00 | MJM |
| | Telephone conference with Don Galli | 0.50 | 100.00 | MJM |
| | Draft discovery requests | 1.50 | 300.00 | MJM |
| | Review sample notice | 0.75 | 150.00 | MJM |
| Oct-29-04 | Meet with Carlo Murchio | 1.00 | 200.00 | MJM |
| Oct-30-04 | Meet with Mario; review e-mails | 2.00 | 400.00 | MJM |
| Nov-02-04 | Telephone conference with Tasos; telephone conference with Carlo Murchio | 0.50 | 100.00 | MJM |
| Nov-03-04 | E-mail Mario; E-mail Carlo | 0.50 | 100.00 | MJM |
| | Review Scheduling Order | 0.50 | 100.00 | MJM |
| | Telephone conference with Tasos | 1.00 | 200.00 | MJM |
| Nov-04-04 | Review Draft of Scheduling Order; discussion with PJB | 1.00 | 200.00 | MJM |
| Nov-05-04 | Telephone conference with Tasos | 1.00 | 200.00 | MJM |
| | Telephone conference with Tasos | 1.50 | 300.00 | MJM |
| | Telephone conference with Atty. Cynthia Breene (speaker call with PJB) | 0.50 | 100.00 | MJM |
| | Research re: notice issues; option issues | 2.00 | 400.00 | MJM |
| | Meeting with Peter Sr. | 0.50 | 100.00 | MJM |
| | Meeting with Peter Jr.11/6/04 | 0.75 | 150.00 | MJM |
| | Legal research class action issues. | 5.00 | 1,000.00 | MJM |
| Nov-06-04 | Meeting with Mario | 1.50 | 300.00 | MJM |
| | Telephone conference with Mario | 0.50 | 100.00 | MJM |
| | Research law re: expert witnesses; statute of limitations for the porposed scheduling order | 2.50 | 500.00 | MJM |
| Nov-08-04 | Draft scheduling order; research re: expert witnesses, statute of limitations | 8.00 | 1,600.00 | MJM |
| | Telephone conference with Carlo; mail Scheduling Order at post office | 0.50 | 100.00 | MJM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Nov-09-04 | Drafted letter to opposing counsel regarding discovery issues. | 0.50 | 37.50 | PP |
| | Telephone conference with Tasos; draft letter to Tasos; review Plaintiff's discovery requests | 1.50 | 300.00 | MJM |
| Nov-10-04 | Legal reearch class action notice.  Requirement of court approval.  Opt in notice.  Effect of Department of Labor suit on class. | 8.00 | 1,600.00 | C |
| Nov-11-04 | Legal research.  Phone with attorney.  Meeting with attorney.  Meeting with client.  Review lists of opt in people.  Research law on opt in class and effect of Deptartment of Labor action. | 7.00 | 1,400.00 | C |
| | Meeting with MJM re stategy. | 0.50 | 100.00 | C |
| Nov-17-04 | Research statute of limitations. | 2.00 | 400.00 | C |
| | Prepare Consent forms for filing in court. | 0.50 | 37.50 | PP |
| Nov-19-04 | Legal reserach FLSA. | 3.00 | 600.00 | C |
| Nov-30-04 | Telephone with client | 1.00 | 200.00 | MJM |
| Dec-01-04 | Telephone with client; letter to Tasos | 0.75 | 150.00 | MJM |
| Dec-02-04 | Scan consent forms | 0.75 | 150.00 | MJM |
| | Memo re: Amend Motion to Compel | 1.50 | 300.00 | MJM |
| Dec-03-04 | Prepare Motion to Compel | 0.75 | 150.00 | MJM |
| Dec-06-04 | Prepare motion to compel, work on computer to get motion in proper format for disctirct court. | 3.00 | 600.00 | C |
| | Totals | 108.25 | $21,275.00 | |

## DISBURSEMENTS

| Date | Description | Disbursements | Receipts |
|---|---|---|---|
| Aug-09-04 | Westlaw Research expense | 12.73 | |
| Aug-24-04 | Westlaw Research expense | 4.55 | |
| Oct-23-04 | Westlaw research expense | 10.60 | |
| Oct-24-04 | Westlaw research expense | 4.65 | |
| Dec-01-04 | Inv. No. 7-860-97475; Federal express charge | 13.03 | |
| Dec-22-04 | Westlaw Research expense | 45.37 | |
| | Westlaw Research expense | 6.00 | |
| | Westlaw Research expense | 96.65 | |

Case 3:03-cv-00630-DJS     Document 141-2     Filed 02/22/2007     Page 5 of 5

| | | |
|---|---|---|
| Westlaw Research expense | 76.27 | |
| Westlaw Research expense | 112.95 | |
| Totals | $382.80 | $0.00 |
| **Total Fees, Disbursements** | | **$21,657.80** |
| Previous Balance | | $0.00 |
| Previous Payments | | $0.00 |
| **Balance Due Now** | | **$21,657.80** |