UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, | : | |
| on behalf of himself and | : | CIVIL ACTION NO. |
| all others similarly situated | : | 3:03 CV00630 (DJS) |
|     PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| COMPUTER SCIENCES | : | |
| CORPORATION | : | FEBRUARY 21, 2007 |
| | : | |
|     DEFENDANT. | : | |

## NOTICE OF MANUAL FILING
## PLAINTIFFS MEMORANDUM

    Plaintiff, Mario Richards, on behalf of the class, hereby gives notice of manual filing of Plaintiff's Memorandum.  There are no attached exhibits.

    Plaintiff,
    Mario Richards


_____
Michael J. Melly
Fed. Bar No.  ct17841
143 Oneco Avenue
New London, CT 06320
Tel:  (860) 447-1990
Cell: (860) 989-9613
mjmelly@aol.com

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed on
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
Jackson Lewis LLP
90 State House Sq. 8th Fl.
Hartfrod, Ct 06103

                                        _____
                                        Michael J. Melly