UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIO RICHARDS, on behalf of himself** : <br> **and all others similarly situated,** : <br> : <br>     **Plaintiffs,** : <br> :    No. 3:03CV630(DJS) <br> **v.** : <br> : <br> **COMPUTER SCIENCES CORP.,** : <br> : <br>     **Defendant.** : | |

### ORDER

Pursuant to the Telephone Conference held on February 23, 2007, the Court **ORDERS** the following:

1. Plaintiff's counsel shall provide defendant's counsel and the court with a copy of his settlement demand, including his damages calculations and his attorney's fees calculations-using the Lodestar analysis, on or before February 28, 2007.

3. Another telephone conference shall be held on **March 2, 2007 at 10:00 a.m.** Plaintiff's counsel shall initiate said call by calling defendant's counsel and then conferencing in chambers.

**IT IS SO ORDERED** at Hartford, Connecticut on this __23rd___ day of February, 2007.

                                    /s/DJS
                            **DOMINIC J. SQUATRITO**
                        **UNITED STATES DISTRICT JUDGE**