UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIO RICHARDS, on behalf of himself and all others similarly situated,** : : : **Plaintiffs,** : : v. : : **COMPUTER SCIENCES CORP.,** : : **Defendant.** : | No. 3:03cv630(DJS) |

### ORDER

Pursuant to the Telephone Conference held on March 2, 2007, the Court **ORDERS** the following:

1. Plaintiff's counsel shall contact his clients and inform them of the proposed settlement agreement discussed this morning. Defendant's counsel shall do the same.

3. Another telephone conference shall be held on **March 9, 2007 at 2 p.m.,** at which time the parties shall inform the court whether this case has settled. In the event this case has not settled, dispositive motions shall be due on or before April 30, 2007. Plaintiff's counsel shall initiate the telephonic conference call by notifying defendant's counsel and then conferencing the call in with chambers.

**IT IS SO ORDERED** at Hartford, Connecticut on this __2nd_____ day of March, 2007.

                                        /s/DJS
                              **DOMINIC J. SQUATRITO**
                              **UNITED STATES DISTRICT JUDGE**