UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIO RICHARDS, on behalf of himself and all others similarly situated,** : <br> : <br> **Plaintiffs,** : <br> : <br> **v.** : <br> : <br> **COMPUTER SCIENCES CORP.,** : <br> : <br> **Defendant.** : | No. 3:03CV630(DJS) |

### ORDER

Pursuant to the Telephone Conference held on March 9, 2007, the Court **ORDERS** the following:

1. This afternoon, the parties represented to the Court that this case has settled. Accordingly, plaintiff's counsel shall, on or before March 26, 2007, send a "Notice to Class Members" by regular first-class mail or by e-mail for those class members with whom he has been corresponding by e-mail. The "Notice to Class Members" shall inform the class members of the proposed settlement agreement and shall include the disbursement figures for each individual plaintiff. The "Notice to Class Members" shall also inform each class member that he or she has four (4) weeks to file a written objection to the proposed settlement agreement. Thus, objections must be filed with the Court on or before April 27, 2007.

2. Plaintiff's counsel shall file with the court, on or before March 26, 2007, a copy of the proposed settlement agreement, which shall include the disbursement figures for each class member.

**IT IS SO ORDERED** at Hartford, Connecticut on this __9th____ day of March, 2007.

/s/DJS
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE