UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUTT

| | |
|---|---|
| MARIO RICHARDS,  :<br>  :<br>        Plaintiff,  :<br>  :<br>v.  :<br>  :<br>  :<br>COMPUTER SCIENCES CORPORATION,  :<br>  :<br>        Defendant.  :<br>  :<br>  : | CIVIL ACTION NO:<br><br>3:03 CV 00630 (DJS)<br><br><br><br>MARCH 14, 2007 |

## MOTION TO WITHDRAW APPEARANCE

        Pursuant to the Local Rule 7(e) of this Court, the undersigned moves for leave of Court to withdraw her appearance for Defendant Computer Sciences Corporation in this matter.  Defendant will continue to be represented by Tasos C. Paindiris and William J. Anthony of Jackson Lewis LLP.

        DEFENDANT,
        COMPUTER SCIENCES CORPORATION


        By: */s/ Lisa A. Schreter*
            Lisa A. Schreter, Esq.
            Littler Mendelson, P.C.
            3348 Peachtree Road, NE, Suite 1100
            Atlanta, GA  30326-1008
            Tel: 404-233-0330
            Fax: 404-233-2361
            E-mail: lschreter@littler.com

**CERTIFICATION OF SERVICE**

I hereby certify that on March 14, 2007, a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CMECF System.

*/s/ Tasos C. Paindiris*_____
Tasos C. Paindiris