UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, | : | |
| on behalf of himself and | : | CIVIL ACTION NO. |
| all others similarly situated | : | 3:03 CV00630 (DJS) |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| COMPUTER SCIENCES | : | |
| CORPORATION | : | MARCH 26, 2007 |
| | : | |
| DEFENDANT. | : | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**
**RE: NOTICE OF PROPOSED SETTLEMENT**

Plaintiff, Mario Richards and other plaintiffs, request pursuant to Local Rule 7 (b) that the court grant an enlargement of time to April 4, 2007 to file proposed judgment and give notice of settlement to class members.

**Procedural Background**

The plaintiff, Mario Richards, commenced this action on April 7, 2003 pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 et seq. (FLSA), claiming wages for overtime hours worked in excess of forty hours per week.

**Reason for Request**

Counsel for the plaintiffs has been busy recently working on an appellate brief in the State Appellate Court in the case : In Re: Jorden R. No. W10 Cpo5 014792-A.

**Opposing Counsel**

Plaintiff's counsel is unaware of defendant's position relative to this request.

          Plaintiff,
          Mario Richards


     By_____
          Michael J. Melly
          Fed. Bar No.  ct17841
          143 Oneco Avenue
          Suite 4
          New London, CT 06320
          Tel:  (860) 447-1990


## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed on
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
90 State House Sq.
Hartford, Ct 06103

          _____
          Michael J. Melly