UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, | : | |
| on behalf of himself and | : | CIVIL ACTION NO. |
| all others similarly situated | : | 3:03 CV00630 (DJS) |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| COMPUTER SCIENCES | : | |
| CORPORATION | : | April 5, 2007 |
| | : | |
| DEFENDANT. | : | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
RE:  NOTICE OF PROPOSED SETTLEMENT**

Plaintiff, Mario Richards and other plaintiffs, request pursuant to Local Rule 7 (b) that the court grant an enlargement of time to April 11, 2007 to file proposed settlement and give notice of settlement to class members.

**Procedural Background**

The plaintiff, Mario Richards, commenced this action on April 7, 2003 pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 et seq. (FLSA), claiming wages for overtime hours worked in excess of forty hours per week.

**Reason for Request**

The task of drafting settlement documents and reviewing the numbers of class members has been an arduous one.  Counsel for the plaintiffs has been busy recently working on an appellate brief in the State Appellate Court in the case :  In Re: Jorden R. No. W10 05 014792-A.

**Opposing Counsel**

Plaintiff's counsel is unaware of defendant's position relative to this request.

                                      Plaintiff,
                                      Mario Richards

                          By_____
                              Michael J. Melly
                              Fed. Bar No. ct17841
                              143 Oneco Avenue
                              Suite 4
                              New London, CT 06320
                              Tel: (860) 447-1990
                              Cell: (860) 961-8602

                              **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed on
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
90 State House Sq.
Hartford, Ct 06103

                              _____
                              Michael J. Melly