UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, | : | |
| on behalf of himself and | : | CIVIL ACTION NO. |
| all others similarly situated | : | 3:03 CV00630 (DJS) |
|     PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| COMPUTER SCIENCES CORPORATION: | | |
|     DEFENDANT, | | APRIL 11, 2007 |

### JOINT MOTION FOR APPROVAL OF NOTICE TO CLASS MEMBERS

The parties hereby jointly move that the court approve the Notice To Class Members, filed herewith.

 

PLAINTIFF,
MARIO RICHARDS

_____
Michael J. Melly
Fed. Bar No. ct17841
143 Oneco Avenue    Suite 4
New London, CT 06320
Tel: (860) 447-1990
Cell: (860) 961-8602

DEFENDANT,
COMPUTER SCIENCES CORPORATION


_____
Tasos C. Paindiris (ct 16739)
Jackson Lewis LLP
90 State House Square, 8th Floor
Hartford, CT 06103
Tel: (860) 522-0404
Fax: (860) 247-1330
E-mail: PaindirT@jacksonlewis.com


## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed on
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
90 State House Sq.
Hartford, Ct 06103

                                 _____
                                 Michael J. Melly