UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, | : | |
| on behalf of himself and | : | CIVIL ACTION NO. |
| all others similarly situated | : | 3:03 CV00630 (DJS) |
|     PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| COMPUTER SCIENCES | : | |
| CORPORATION | : | |
|     DEFENDANT, | : | APRIL 11, 2007 |

### NOTICE TO CLASS MEMBERS

TO:   COMPUTER SCIENCES CORPORATION
      CUSTOMER SUPPORT ANALYSTS
      LEVEL I AND LEVEL II  (PRESENT AND PAST)

### INTRODUCTION

A proposed settlement of the class action claims for overtime compensation raised in the above class action has been reached by the Parties in this case and granted preliminary approval by the United States District Court for the District of Connecticut (Dominic J. Squatrito, U.S.D.J.).  This notice informs you about the terms of the settlement and about your rights and options under the settlement.

### PURPOSE OF THIS NOTICE

Judge Dominic J. Squatrito, U.S.D.J. for the District of Connecticut ordered that notice be sent to the parties who have opted into this case.  The purpose of the notice is to inform you of the proposed settlement and of your rights, including:

-To inform you of your right to receive money for your claim.
-To inform you of your right to object to the terms of the settlement.
-To inform you of your right to opt out of the class and not be bound by the terms
 of the settlement agreement and judgment in this matter.

### THE SETTLEMENT

The proposed settlement will resolve the claims for overtime compensation that were made in this lawsuit by those class members/parties who have opted in by filing a consent form.  Opt-in parties are entitled to receive money as part of the settlement of this lawsuit against CSC for overtime wages.  In order to receive payment from this

settlement you must have been a customer support analyst (CSA) I or II and have previously filed a consent form, opting into this case as a class member.

The terms of the Settlement are set forth in a Stipulation of Settlement agreed to by Plaintiff and CSC. A copy of the Stipulation of Settlement may be requested by contacting Michael J. Melly, Class Counsel, whose telephone number and email appears below. Under the Settlement, as a member of the Class you will receive a payment of **$_____,** minus applicable state and federal taxes. The amount is based on (a) the number of weeks within the applicable statute of limitations period that each Plaintiff worked in a position that Plaintiffs contend was improperly classified as exempt, (b) the salary of each Plaintiff during the time that he or she worked in said position[s], and (c) the estimated number of hours per week that each Plaintiff is believed to have worked during that time. The numbers were arrived at by the attorneys who have knowledge of each party's information, as provided by both parties.

In settling this case, CSC has not admitted any wrongdoing or liability on its part. The Settlement is an effort by both the parties to avoid a costly and protracted trial process. The District Court has granted its preliminary approval of the Settlement. In addition, as your attorneys we believe that the terms of the Settlement, including the amount of the monetary payment to you as a plaintiff, represents a fair resolution of the case. The Settlement also spares you the expense, delay, and uncertainty associated with taking this case to trial.

Should you accept payment pursuant to this Settlement, you fully, forever, irrevocably, and unconditionally release CSC from any and claims, charges, complaints, demands, actions, reckonings, causes of action, suits, rights, debts, sums of money, costs, agreements, promises, damages, obligations, liabilities, and expenses (including attorneys' fees and costs), of any kind and nature that have been or could have been asserted by you based on the facts alleged in the case of <u>Mario Richards v. Computer Sciences Corporation</u>, Docket No. 3:03CV00630(DJS) in the United States District Court for the District of Connecticut ("the Litigation"). This includes, but is not limited to, any and all claims under any federal, state, or local statutory or common law for payment of unpaid wages and related penalties, interest, costs, attorneys' fees, compensatory damages, punitive damages, liquidated damages and any other remedies available at law or equity, for work as an employee of CSC based on the facts alleged in the Litigation, including but not limited to, claims under the Fair Labor Standards Act, 29 U.S.C. Sec. 201 et seq.

## **OBJECTIONS TO SETTLEMENT**

As an opt-in party to this case you have thirty (30) days from the date of this notice (May 11, 2007) within which to object to the terms of the settlement. The Court will consider all objections filed by the deadline. If you do not object to the terms of the settlement you will be bound by the terms of the settlement.

If you choose to object to the settlement you must sign and return the enclosed form entitled, 'Objection to Settlement and Withdrawal as Class Member' on or before **MAY 11, 2007** to:

>United States District Court
>450 Main Street
>Hartford, CT 06103

If you choose to opt out of the class and pursue an individual claim, you do so at your own risk and without the legal representation of the present attorneys. No representations are being made herein as to the merits or probability of success of an individual legal claim against CSC.

### ATTORNEYS FEES AND COSTS

Proposed Attorneys fees and costs in this case are set forth in the proposed settlement agreement. The attorneys fees, which are based on actual hours worked, and costs are to be paid directly to plaintiff's counsel by CSC.

### CONFIDENTIALITY

The terms of the Settlement are confidential. Therefore, you must not disclose either the fact that the case is being settled or any of the actual settlement terms to anyone at this time. In fact, it is imperative that you respect the confidentiality of the Settlement and the process leading up to it, including this letter. You should only discuss the Settlement with attorneys, if any, from whom you are seeking legal advice about this matter.

### QUESTIONS

Questions regarding the proposed settlement should be made to Michael J. Melly, Esquire, **mjmelly@aol.com** or (860) 961-8602; Important: Objections and withdrawals shall be made directly to the United States District Court at the above address.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARIO RICHARDS,** | : | |
| on behalf of himself and | : | CIVIL ACTION NO. |
| all others similarly situated | : | 3:03 CV00630 (DJS) |
|     **PLAINTIFFS,** | : | |
| | : | |
| vi. | : | |
| | : | |
| **COMPUTER SCIENCES** | : | |
| **CORPORATION** | : | |
|     **DEFENDANT,** | : | _____ 2007 |

### OBJECTION TO SETTLEMENT
### AND WITHDRAWAL AS A CLASS MEMBER

I _____ (name), hereby object to the settlement in this matter. I further hereby provide notice of my withdrawal as a class member/party to this case. I have read the notice of settlement and understand that, by withdrawing as a class member I will withdraw my claim in this class action for overtime wages or other wage compensation against CSC.

Reasons for Objection: _____

_____

_____

_____

By_____
                    (signature)

_____ (name) of _____ (address)

_____ (tel.no.) _____ (email)

Case 3:03-cv-00630-DJS   Document 156   Filed 04/12/2007   Page 5 of 5