UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIO RICHARDS, | : | |
| on behalf of himself and | : | CIVIL ACTION NO. |
| all others similarly situated | : | 3:03 CV00630 (DJS) |
|     PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| COMPUTER SCIENCES CORPORATION: | | |
|     DEFENDANT, | | APRIL 11, 2007 |

**JOINT MOTION FOR APPROVAL OF PROPOSED STIPULATION OF SETTLEMENT**

The parties hereby jointly move that the court approve the proposed Stipulation of Settlement, filed herewith.


    PLAINTIFF,
    MARIO RICHARDS, on behalf of the class




_____
Michael J. Melly
Fed. Bar No.  ct17841
143 Oneco Avenue    Suite 4
New London, CT 06320
Tel:  (860) 447-1990
Cell: (860) 961-8602

DEFENDANT,
COMPUTER SCIENCES CORPORATION

_____
Tasos C. Paindiris (ct 16739)
Jackson Lewis LLP
90 State House Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
E-mail: PaindirT@jacksonlewis.com

**CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed on
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
90 State House Sq.
Hartford, Ct 06103

                     _____
                      Michael J. Melly