UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARIO RICHARDS, on behalf of himself** **and all others similarly situated,** : : : **Plaintiffs,** : : **v.** : : **COMPUTER SCIENCES CORP.,** : : **Defendant.** : | No. 3:03CV630(DJS) |

## ORDER

The Court hereby **ORDERS** the following:

1. During the Telephone Conference of March 9, 2007, the parties represented to the Court that this case has settled. Presently pending before the Court is the "Joint Motion for Approval of Notice to Class Members." (See dkt. # 155.) **The Court hereby APPROVES the "Notice to Class Members," (see dkt. # 156), and ORDERS that plaintiff's counsel shall, on or before April 27, 2007, send the "Notice to Class Members" by regular first-class mail or by e-mail for those class members with whom he has been corresponding by e-mail.**

2. **Plaintiff's counsel shall file with the court, on or before April 30, 2007, a certification that he sent the above-mentioned "Notice to Class Members" to those individuals who have opted-into the class.**

3. The "Joint Motion for Approval of Notice to Class Members," (**see dkt. # 155**), is **GRANTED**.

**IT IS SO ORDERED** at Hartford, Connecticut on this _12th___ day of April, 2007.

                                                          /s/DJS
                                      **DOMINIC J. SQUATRITO**
                                   **UNITED STATES DISTRICT JUDGE**