UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS, : | |
| on behalf of himself and : | CIVIL ACTION NO. |
| all others similarly situated : | 3:03 CV00630 (DJS) |
|     PLAINTIFFS, : | |
| : | |
| v. : | |
| : | |
| COMPUTER SCIENCES : | |
| CORPORATION : | May 17, 2007 |
| : | |
|     DEFENDANT. : | |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
### RE: NOTICE OF PROPOSED SETTLEMENT

Plaintiff, Mario Richards, and other plaintiffs request pursuant, to Local Rule 7 (b), that the court grant an enlargement of time to June 9, 2007 to give notice of settlement to class members and certify said notice to the court.

**Procedural Background**

The plaintiff, Mario Richards, commenced this action on April 7, 2003 pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 et seq. (FLSA), claiming wages for overtime hours worked in excess of forty hours per week.

The court ordered that notice be given to members and counsel certify such notice on or before May 18, 2007.
.
**Reason for Request**

The task of reviewing the numbers of class members has been a time consuming and arduous one. Counsel was required to communicate with several class members and await a response from various class members  Counsel for the plaintiffs has been busy

recently working on an appellate brief in the State Appellate Court, which was filed on May 14, 2007 in the case, *In Re: Jorden R*. No. W10 05 014792-A.  Also, counsel has been out of state recently due to the illness of a family member.

**Opposing Counsel**

Plaintiff's counsel is unaware of defendant's position relative to this request.

                                                Plaintiff,
                                                Mario Richards


                                        By  /s/  Michael J. Melly
                                             Michael J. Melly
                                             Fed. Bar No.  ct17841
                                             143 Oneco Avenue
                                             Suite 4
                                             New London, CT 06320
                                             Tel:  (860) 447-1990
                                             Cell: (860) 961-8602

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed on
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
90 State House Sq.
Hartford, Ct 06103

                                         /s/ Michael J. Melly
                                         Michael J. Melly