## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARIO RICHARDS,** | : | |
| **on behalf of himself and** | : | **CIVIL ACTION NO.** |
| **all others similarly situated** | : | **3:03 CV00630 (DJS)** |
| **PLAINTIFFS,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COMPUTER SCIENCES** | : | |
| **CORPORATION** | : | **June 8, 2007** |
| | : | |
| **DEFENDANT.** | : | |

### PLAINTIFF'S CERTIFICATION
### RE: NOTICE OF PROPOSED SETTLEMENT

Counsel for the Class, Michael Melly, hereby certifies that notice of proposed settlement has been given to the opt-in class members in this matter.

**Means of Notice**

Notice of settlement to class members has been effectuated by Michael Melly, counsel for the class, via email and/or U.S. Mail.

**Undeliverable Notices**

Approximately ten (10) members of the class have either undeliverable email and/or unknown or undeliverable mailing addresses. As such, these members have not yet been given notice by mail or email. Counsel for the class shall conduct reasonable inquiry to ascertain the current mailing address or other contact information of these members, so that notice of settlement may be given to these members in a timely manner. Counsel shall inform the court and opposing counsel of the completion of such inquiry and notice.

Class Counsel,


By__s/s___*mjm*_____
  Michael J. Melly
  Fed. Bar No.  ct17841
  143 Oneco Avenue
  Suite 4
  New London, CT 06320
  Tel: (860) 961-8602


## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed on 6/9/07
To:
Tasos C. Paindiris, Esq.
William Anthony, Esq.
90 State House Sq.
Hartford, Ct 06103

    __s/s___*mjm*_____
     Michael J. Melly