UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS, on behalf of himself and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORP.,<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:  No. 3:03CV630(DJS)<br>:<br>:<br>: |

## ORDER APPROVING THE PROPOSED STIPULATION OF SETTLEMENT, DATED APRIL 11, 2007

Pending before the Court is the parties' "Joint Motion for Approval of Proposed Stipulation of Settlement" **(dkt. # 157)**.

On April 12, 2007, the Court granted the Parties' "Joint Motion for Approval of Notice to Class Members." (See dkt. # 159). Thereafter, the Court ordered the Class Counsel to send, on or before June 1, 2007, the approved "Notice to Class Members" by regular first-class mail or by email for those class members with whom he has been corresponding by email. (See dkt. # 162.) The Court further ordered that (1) the "Notice to Class Members" inform the class members of the proposed settlement agreement; (2) include the disbursement figures for each individual plaintiff; and (3) inform each class member that he or she had four (4) weeks to file a written objection to the proposed settlement agreement. (See id.) Thus, the Court ordered that all "objections must be filed with the Court on or before July 2, 2007." (See id.)

On June 8, 2007, the Class Counsel filed with the Court, a Certification, which certified that the opt-in class members had been provided with notice of the proposed settlement and that he was conducting a reasonable search to ascertain the contact information of the approximately 10 members of the class who had either undeliverable email and/or unknown or undeliverable

mailing address.  (See dkt. # 163.)

The court-imposed deadline for class members to object to the proposed settlement has passed, and a review of the docket sheet reveals that, to date, none of the class members have filed an objection to the proposed settlement with the Court.  Due to the fact that the opt-in members of the class have received notice of the proposed settlement and that no one has filed, with the Court, an objection to the proposed settlement, the Court hereby **GRANTS the parties' "Joint Motion for Approval of Notice to Class Members."**  (See dkt. # 157).

**IT IS SO ORDERED** at Hartford, Connecticut on this   12th   day of July, 2007.

                                                                 /s/DJS
                                       **DOMINIC J. SQUATRITO**
                                       **UNITED STATES DISTRICT JUDGE**