UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO RICHARDS, on behalf of himself and all others similarly situated,<br>  Plaintiffs,<br><br>v.<br><br>COMPUTER SCIENCES CORP.,<br>  Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  No. 3:03CV630(DJS)<br>:<br>: |

## ORDER

  Pursuant to the Telephone Conference held on July 12, 2007, the Court **ORDERS** the following:

  1. The Class Counsel has informed the Court that there are approximately 10 members of the class who have either undeliverable email and/or unknown or undeliverable mailing addresses. The Class Counsel shall continue to conduct a reasonable search to ascertain the current mailing addresses or other contact information of the these individuals. The Class Counsel's reasonable search shall be concluded on or before Monday, October 22, 2007. Should the Class Counsel locate these individuals, he shall, on or before Tuesday, October 23, 2007 send them, the court-approved Notice to Class Members, which shall inform each class member that he or she has a right to receive money for his or her claim or to opt-out of the class and not be bound by the terms of the settlement agreement. All settlement monies for each class member who cannot be located after a reasonable search shall revert to CSC on Monday, November 26, 2007.

  2. CSC shall deliver the sums of money identified in the Proposed Stipulation of Settlement, dated April 11, 2007, to Class Counsel on or before August 13, 2007.

3.  Class Counsel is responsible for delivering payments to the Class. The Class Counsel shall distribute these payments to the class members who did not opt-out of the settlement on or before Monday, October 22, 2007.

4.  The Class Counsel shall provide William ("Campbell"), an individual who is not a party to this lawsuit, with (1) a copy of Plaintiff's Motion to Allow Parties to Opt-Into the Class; (2) CSC's Objection; and (3) this court's ruling, dated January 19, 2007, which found that Campbell did not fall within the scope of the class.

5.  The parties shall investigate whether the "woman from Texas" falls within the parameters of the class.

**IT IS SO ORDERED** at Hartford, Connecticut on this   12th   day of July, 2007.

/s/DJS
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE
